# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

                                       **PLAINTIFF**

**ARIENNE JONES, DERIC JONES,**
**HERSCHEL WILLIAMS, and**
**TANSHENETTA ROBISKIE,**

                                       **PLAINTIFF-INTERVENORS**

**v.**                        **CIVIL ACTION NO.:  3:20-cv-00729-CWR-LGI**

**SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,**
**JAMES ROE, and SHEILA MAULDING,**              **DEFENDANTS**

## JOINT MOTION TO ENTER CONSENT DECREE

Plaintiff, the United States of America, Plaintiff-Intervenors Arienne Jones, Deric Jones, Herschel Williams, and Tanshenetta Robiskie, and Defendants SSM Properties, Inc., Stephen Maulding, Sheila Maulding, and James Roe (collectively "the parties") hereby respectfully move for entry of the proposed Consent Decree, attached hereto, which resolves the claims and allegations contained in the United States' Complaint (ECF No. 1) and Plaintiff-Intervenors' Complaint in Intervention (ECF No. 32).  As stated in Section XII of the Decree, the parties respectfully request that the Court retain jurisdiction over this case for the purpose of enforcing the provisions and terms of this Decree.

Dated:  October 17, 2022

                                                                                                 Respectfully submitted,

DARREN J. LAMARCA                               KRISTEN CLARKE
ACTING UNITED STATES ATTORNEY           Assistant Attorney General
                                                                                           Civil Rights Division

s/ Mitzi Dease Paige                                         s/ Max Lapertosa
MITZI DEASE PAIGE (MS Bar No. 6014)        SAMEENA SHINA MAJEED
Assistant United States Attorney                    Chief
501 E. Court St., Suite 4.430                           MICHAEL S. MAURER
Jackson, MS 39201                                                  Deputy Chief
Tel: (601) 973-2840                                              MAX LAPERTOSA
Fax: (601) 965-4409                                             KATHERINE RAIMONDO
mitzi.paige@usdoj.gov                                       NATHAN SHULOCK
                                                                                           Attorneys
                                                                                            United States Department of Justice
                                                                                            Housing and Civil Enforcement Section
                                                                                            Civil Rights Division
                                                                                            950 Pennsylvania Ave. NW – 4CON
                                                                                            Washington, DC  20530
                                                                                            Tel: (202) 305-1077
                                                                                            Max.Lapertosa@usdoj.gov

                                                                                            Attorneys for the United States of America

                                                                                            s/ Cashauna Hill (by permission)
                                                                                            CASHAUNA HILL (Pro Hac Vice)
                                                                                            SARAN CARTHEN WATSON (Pro Hac Vice)
                                                                                            JODI HILL (Pro Hac Vice)
                                                                                            LOUISIANA FAIR HOUSING ACTION
                                                                                            CENTER, INC.
                                                                                            1340 Poydras St., Suite 710
                                                                                            New Orleans, LA  70112
                                                                                            Tel: (504) 708-5671
                                                                                            chill@lafairhousing.org

                                                                                            Robert B. McDuff (MS Bar No. 2532)
                                                                                            MISSISSIPPI CENTER FOR JUSTICE
                                                                                            767 N. Congress St.
                                                                                            Jackson, MS 39202
                                                                                            Tel: (601) 259-8484
                                                                                            rbm@mcdufflaw.com

                                                                                            Attorneys for Plaintiff-Intervenors

s/ Deshun T. Martin (by permission)
DESHUN T. MARTIN (MS Bar No. 101526)
VATERRIA M. MARTIN (MS Bar No. 101235)
MARTIN AND MARTIN, P.A.
Attorneys & Counselors
228 E. Capitol St.
Jackson, MS  39201
Tel: (601) 355-0955
dtmartin@4martinsatlaw.com

Attorneys for Defendants SSM Properties, Steven Maulding, Sr., and Sheila Maulding


s/ James Roe (by permission)
JAMES ROE
1255 East County Line Road, Unit D-3
Jackson, MS 39211
Tel: (601) 291-4208
jrio6807@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record and I hereby certify that I have caused to be mailed by email and first-class U.S. Mail, postage prepaid, the document to the following defendant at the address listed below:

James Roe
1255 East County Line Road, Apt. D-3
Jackson, MS  39211


                                                        s/ Max Lapertosa