**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                                                  **PLAINTIFF**

**ARIENNE JONES, DERIC JONES,
HERSCHEL WILLIAMS, and
TANSHENETTA ROBISKIE,**

                                   **PLAINTIFF-INTERVENORS**

**v.**                   **CIVIL ACTION NO.:  3:20-cv-00729-CWR-LGI**

**SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,
JAMES ROE, and SHEILA MAULDING,**        **DEFENDANTS**

**JOIN STATUS REPORT ON OWNER DEFENDANTS'
RETENTION OF AN INDEPENDENT LEASING MANAGER**

Pursuant to Paragraph 15 of the Consent Decree entered in this case (ECF No. 145), Plaintiff, the United States of America, Plaintiff-Intervenors Arienne Jones, Deric Jones, Herschel Williams, and Tanshenetta Robiskie, and Defendants SSM Properties, Inc., Stephen Maulding, and Sheila Maulding (collectively, the "Owner Defendants") hereby submit the following joint report to the Court concerning the Owner Defendants' hiring of an Independent Leasing Manager for the subject properties.  *See* Consent Decree ¶ 2.

The Owner Defendants hereby confirm that they have hired and retained Wayne Edwards as their Independent Leasing Manager as required by Paragraph 13 of the Consent Decree.  The United States and Plaintiff-Intervenors have approved the selection of Mr. Edwards as the Independent Leasing Manager pursuant to Paragraph 14 of the Consent Decree.

Dated:  January 31, 2023

Respectfully submitted,

DARREN J. LAMARCA  
UNITED STATES ATTORNEY

KRISTEN CLARKE  
Assistant Attorney General  
Civil Rights Division

s/ Max Lapertosa  
SAMEENA SHINA MAJEED  
Chief  
MICHAEL S. MAURER  
Deputy Chief  
MAX LAPERTOSA  
KATHERINE RAIMONDO  
NATHAN SHULOCK  
Attorneys  
United States Department of Justice  
Housing and Civil Enforcement Section  
Civil Rights Division  
950 Pennsylvania Ave. NW – 4CON  
Washington, DC  20530  
Tel: (202) 305-1077  
Max.Lapertosa@usdoj.gov

MITZI DEASE PAIGE (MS Bar No. 6014)  
Assistant United States Attorney  
501 E. Court St., Suite 4.430  
Jackson, MS 39201  
Tel: (601) 973-2840  
Fax: (601) 965-4409  
mitzi.paige@usdoj.gov

Attorneys for the United States of America

s/ Cashauna Hill (by permission)  
CASHAUNA HILL (Pro Hac Vice)  
SARAH CARTHEN WATSON (Pro Hac Vice)  
LOUISIANA FAIR HOUSING ACTION CENTER, INC.  
1340 Poydras St., Suite 710  
New Orleans, LA  70112  
Tel: (504) 708-5671  
chill@lafairhousing.org

Robert B. McDuff (MS Bar No. 2532)  
MISSISSIPPI CENTER FOR JUSTICE  
767 N. Congress St.  
Jackson, MS 39202  
Tel: (601) 259-8484  
rbm@mcdufflaw.com

Attorneys for Plaintiff-Intervenors

s/ Deshun T. Martin (by permission)
DESHUN T. MARTIN (MS Bar No. 101526)
VATERRIA M. MARTIN (MS Bar No. 101235)
MARTIN AND MARTIN, P.A.
Attorneys & Counselors
228 E. Capitol St.
Jackson, MS  39201
Tel: (601) 355-0955
dtmartin@4martinsatlaw.com

Attorneys for Defendants SSM Properties, Steven Maulding, Sr., and Sheila Maulding


s/ Stephen Maulding (by permission)
STEPHEN MAULDING, SR.
Steve.maulding@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record and I hereby certify that I have caused to be mailed by email and Fed Ex the document to the following defendant at the address listed below:

James Roe
1255 East County Line Road, Apt. D-3
Jackson, MS  39211

                                                            s/ Max Lapertosa