# Exhibit A

**U.S. Department of Justice**

Civil Rights Division

Housing and Civil Enforcement Section

---

SSM:MSM:ML:KAR:NBS
DJ 175-21-431

| | |
|---|---|
| *U.S. Mail:* | 950 Pennsylvania Avenue, NW - 4CON |
| | Washington, DC  20530 |
| *Overnight:* | 150 M Street, NE |
| | Washington, DC  20002 |
| *Telephone:* | (202) 514-4713 |
| *Facsimile:* | (202) 514-1116 |

October 7, 2022

**VIA FED EX**

James Roe
1255 East County Line Road, Apt. D-3
Jackson, MS  39211

   Re: *United States v. SSM Props. et al.*, No. 3:20-cv-729 (S.D. Miss.)

Dear Mr. Roe:

  Enclosed are two copies of the Consent Decree resolving this case.  Please sign one copy where indicated and send it back to us immediately in the enclosed, pre-paid Fed Ex envelope.  The other copy is for your records.  The Court's deadline for filing the Consent Decree is **Thursday, October 13, 2022.**

  If you have any questions, please call me at (202) 598-9726.

           Sincerely,

          Sameena Shina Majeed
            Chief

    By: *[signature]*

          Max Lapertosa
          Trial Attorney
     Housing and Civil Enforcement Section

Encl.

cc: Mitzi Dease Paige
   Assistant U.S. Attorney
   Southern District of Mississippi
   (Via email & w/out encl.)