# Exhibit B

| | |
|---|---|
| **From:** | James Rio |
| **To:** | Lapertosa, Max (CRT) |
| **Subject:** | [EXTERNAL] Re: US v. SSM Properties: Consent Decree |
| **Date:** | Tuesday, October 11, 2022 3:56:26 PM |

I just mailed it I hope you can read this. If you have any questions let me know

James Roe

On Tue, Oct 11, 2022, 10:49 AM Lapertosa, Max (CRT) <Max.Lapertosa@usdoj.gov> wrote:

> Dear Mr. Roe:
>
> I'm following up on my voice mail message to you this morning.  Yesterday afternoon a Fed Ex package was delivered to your home at 1255 E. County Line Road, Unit D-3.  The package contains two paper copies of the Consent Decree, as well as a prepaid return Fed Ex envelope.  I'm writing to confirm that you received this package and are able to sign and mail back one copy of the Consent Decree in the enclosed Fed Ex envelope.  Please let me know by responding to this email.  Please also note that the other defendants have already signed the Consent Decree.
>
> You may also scan and email the consent decree with your signature, or fax it to my attention at **(202) 514-1116.**
>
> If you have not received this package, please call me immediately at **(202) 598-9726**.  As you know, the Court's deadline for filing the Consent Decree is this Thursday, October 13, 2022.
>
> Sincerely,
>
> Max Lapertosa (he/him)
>
> Attorney
>
> Housing and Civil Enforcement Section
>
> Civil Rights Division
>
> U.S. Department of Justice
>
> 950 Pennsylvania Avenue N.W.—4CON
>
> Washington, DC  20530
>
> Tel:  (202) 305-1077
>
> Email:  Max.Lapertosa@usdoj.gov

*Overnight Address:*

Four Constitution Square

150 M Street N.E., Room 8.1106

Washington, DC  20002


---------- Forwarded message ----------
From: "TrackingUpdates@fedex.com" <TrackingUpdates@fedex.com>
To: "Lapertosa, Max (CRT)" <Max.Lapertosa@usdoj.gov>
Cc:
Bcc:
Date: Mon, 10 Oct 2022 20:13:31 +0000
Subject: [EXTERNAL] FedEx Shipment 770149004737: Your package has been delivered



FedEx

# Hi. Your package was delivered Mon, 10/10/2022 at 3:03pm.



Delivered to 1255 E COUNTY LINE RD D3, JACKSON, MS 39211

**OBTAIN PROOF OF DELIVERY**


Delivery picture not showing? View in browser.

| | |
|---|---|
| **TRACKING NUMBER** | 770149004737 |
| **FROM** | DOJ Civil Rights Division - HCE<br>4 Constitution Square<br>150 M Street, NE - Rm 8.1106<br>WASHINGTON, DC, US, 20002 |
| **TO** | James Roe<br>1255 East County Line Road<br>Apt. D-3<br>JACKSON, MS, US, 39211 |
| **SHIP DATE** | Fri 10/07/2022 08:43 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | WASHINGTON, DC, US, 20002 |
| **DESTINATION** | JACKSON, MS, US, 39211 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 1.00 LB |
| **SERVICE TYPE** | FedEx Standard Overnight |

## Get the FedEx® Mobile app

Create shipments, receive tracking alerts, redirect packages to a FedEx retail location for pickup, and more from the palm of your hand - **Download now**.



**FOLLOW FEDEX**



☐   Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 3:13 PM CDT 10/10/2022.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2022 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.