# Exhibit C

| | |
|---|---|
| **From:** | James Rio |
| **To:** | Lapertosa, Max (CRT) |
| **Cc:** | dtmartin 4martinsatlaw.com; vmmartin 4martinsatlaw.com; Cashauna Hill; Sarah Carthen Watson; Paige, Mitzi (USAMSS); Raimondo, Katie (CRT); Shulock, Nathan (CRT) |
| **Subject:** | [EXTERNAL] Re: US v. SSM Properties: Draft joint motion to enter consent decree |
| **Date:** | Wednesday, October 12, 2022 8:53:32 PM |

Yes, I approve.

On Wed, Oct 12, 2022, 8:11 AM Lapertosa, Max (CRT) <Max.Lapertosa@usdoj.gov> wrote:

> Dear counsel and Mr. Roe:
>
> Attached for your review is a draft joint motion to enter the consent decree tomorrow. Please indicate by responding to this email that we can affix your electronic signatures to this motion. If you have any changes or edits, please let me know.
>
> Best,
>
> Max
>
> Max Lapertosa (he/him)
>
> Attorney
>
> Housing and Civil Enforcement Section
>
> Civil Rights Division
>
> U.S. Department of Justice
>
> 950 Pennsylvania Avenue N.W.—4CON
>
> Washington, DC  20530
>
> Tel:  (202) 305-1077
>
> Email:  Max.Lapertosa@usdoj.gov
>
> *Overnight Address:*
>
> Four Constitution Square

150 M Street N.E., Room 8.1106

Washington, DC  20002