# Exhibit D

| | |
|---|---|
| **From:** | James Rio |
| **To:** | Lapertosa, Max (CRT) |
| **Subject:** | [EXTERNAL] Re: United States v. SSM Properties (S.D. Miss.): Deadline for submission of first civil penalties payment |
| **Date:** | Saturday, February 4, 2023 4:03:23 PM |

I'd started to work at Lowe's. When this came out across the news they let me go. I'm supposed to start another job next week.

On Mon, Jan 30, 2023, 11:24 AM Lapertosa, Max (CRT) <Max.Lapertosa@usdoj.gov> wrote:

> Dear Mr. Roe:
>
>
> This is a reminder that, under Paragraph 33 of the Consent Decree in the above case, your first civil penalties payment of $500 is due today.  I am re-attaching the instructions for sending the payment to the United States Treasury, along with the letter we sent you with the schedule of payments last November.  If you have any questions concerning how to submit this payment, please call me at (202) 305-1077.
>
>
> Sincerely,
>
>
> Max Lapertosa (he/him)
>
> Attorney
>
> Housing and Civil Enforcement Section
>
> Civil Rights Division
>
> U.S. Department of Justice
>
> 950 Pennsylvania Avenue N.W.—4CON
>
> Washington, DC  20530
>
> Tel:  (202) 305-1077
>
> Email:  Max.Lapertosa@usdoj.gov
>
>
> *Overnight Address:*
>
> Four Constitution Square
>
> 150 M Street N.E., Room 8.1106

Washington, DC  20002