# Exhibit E

**U.S. Department of Justice**

Civil Rights Division

Housing and Civil Enforcement Section

---

SSM:MSM:ML:KAR:NBS
DJ 175-21-431

*U.S. Mail:*     950 Pennsylvania Avenue, NW - 4CON
                Washington, DC  20530
*Overnight:*    150 M Street, NE
                Washington, DC  20002
*Telephone:*    (202) 514-4713
*Facsimile:*     (202) 514-1116

November 21, 2022

<u>**VIA FED EX**</u>

James Roe
1255 East County Line Road, Apt. D-3
Jackson, MS  39211

      Re:     *United States v. SSM Props. et al.*, No. 3:20-cv-729 (S.D. Miss.)

Dear Mr. Roe:

This letter is to inform you of important deadlines in the above-referenced case.

Under Paragraph 33 of the Consent Decree entered by the Court on November 1, 2022, a copy of which is attached, you are required to pay a $3,000 civil penalty in six payments of $500 each.  The first payment of $500 is due ninety (90) days after the Court entered the Consent Decree, with five more payment every 90 days thereafter.  Given the Decree's entry date of November 1, 2022, the deadlines for the payments are as follows:

| | |
|---|---|
| **First Payment ($500):** | **January 30, 2023** |
| **Second Payment ($500):** | **April 30, 2023** |
| **Third Payment ($500):** | **July 29, 2023** |
| **Fourth Payment ($500):** | **October 27, 2023** |
| **Fifth Payment ($500):** | **January 25, 2024** |
| **Sixth Payment ($500):** | **April 23, 2024** |

Civil penalty payments are made directly to the United States Treasury via electronic bank transfer.  Attached are written instructions on how to do so.  You should provide these instructions to the bank that will send the payments.

Finally, any correspondence you send with respect to this case should be identified with the case caption "United States v. SSM Properties" and DJ 175-21-431 and may be sent by email to: Max.Lapertosa@usdoj.gov, Katherine.Raimondo@usdoj.gov, and Nathan.Berla-Shulock@usdoj.gov. If you send us hard copies of any documents, please do so by Fed Ex or overnight mail, and not by regular U.S. Mail, as delivery may be significantly delayed.

If you have any questions or issues concerning your obligations under the Consent Decree, please call me at (202) 305-1077.

                              Sincerely,

                              Sameena Shina Majeed
                              Chief

By: *[signature]*

                              Max Lapertosa
                              Trial Attorney
                              Housing and Civil Enforcement Section

Encl.

cc:      Mitzi Dease Paige
          Assistant U.S. Attorney
          Southern District of Mississippi
          (Via email & w/out encl.)