# Exhibit G

**U.S. Department of Justice**

Civil Rights Division

Housing and Civil Enforcement Section

SSM:MSM:ML:KAR:NBS
DJ 175-21-431

*U.S. Mail:*  950 Pennsylvania Avenue, NW - 4CON
  Washington, DC  20530
*Overnight:*  150 M Street, NE
  Washington, DC  20002
*Telephone:*  (202) 514-4713
*Facsimile:*  (202) 514-1116

February 7, 2023

**<u>VIA EMAIL AND FED EX</u>**

James Roe
1255 East County Line Road, Apt. D-3
Jackson, MS  39211
Jrio6807@gmail.com

 Re: *United States v. SSM Props. et al.*, No. 3:20-cv-729 (S.D. Miss.)

Dear Mr. Roe:

 Under Paragraph 33 of the Consent Decree in the above case, you are required to pay a total of $3,000 in civil penalties to the United States in six payments of $500 each, sent via electronic transfer to the United States Treasury.  As we explained in our November 21, 2022 letter to you, the first payment of $500 was due no later than **January 30, 2023**.  This payment is to be made directly to the United States Treasury by electronic transfer.  We also sent you written instructions on how to make this transfer.  As of today, we have not received confirmation that this payment was made.

 On February 4, 2023, you informed us by email that you were starting a new job this week.  Please let us know by email the date by which you will be able to make this payment.  Please note that your second $500 payment is due by April 30, 2023.

 We are attaching another copy of the Consent Decree and the electronic transfer instructions.  If you are having difficulty sending the funds electronically, please call me immediately at **(202) 305-1077**.

Sincerely,

Sameena Shina Majeed
Chief

By: *[signature]*

Max Lapertosa
Trial Attorney
Housing and Civil Enforcement Section

Encl.

cc:   Mitzi Dease Paige
Assistant United States Attorney
Southern District of Mississippi
(Via email only)