# Exhibit H

| | |
|---|---|
| **From:** | Lapertosa, Max (CRT) |
| **To:** | James Rio |
| **Cc:** | Paige, Mitzi (USAMSS); Raimondo, Katie (CRT); Shulock, Nathan (CRT); Saunders, Earl (CRT) |
| **Subject:** | RE: [EXTERNAL] Re: United States v. SSM Properties (S.D. Miss.): Deadline for submission of first civil penalties payment |
| **Date:** | Friday, March 10, 2023 11:07:00 AM |

Dear Mr. Roe:

It has been approximately one month since you informed us that you began a new job.  Since that time, we have not received any payment on the first $500 installment of the civil penalty, which was due January 30, 2023.  Furthermore, a second payment of $500 will be due by April 30, 2023.

Please make at least a partial payment on the first installment by no later than Friday, March 17, 2023.  If you require assistance on how to transfer these funds electronically, please call or write us.  If we do not receive payment or hear from you by then, we may have to take appropriate action, including raising this with the Court.

Sincerely,

Max Lapertosa

**From:** Lapertosa, Max (CRT)
**Sent:** Tuesday, February 7, 2023 9:32 AM
**To:** James Rio <jrio6807@gmail.com>
**Cc:** Paige, Mitzi (USAMSS) <MPaige@usa.doj.gov>; Raimondo, Katie (CRT) <Katherine.Raimondo@usdoj.gov>; Shulock, Nathan (CRT) <Nathan.Berla-Shulock@usdoj.gov>; Saunders, Earl (CRT) <Earl.Saunders@usdoj.gov>
**Subject:** RE: [EXTERNAL] Re: United States v. SSM Properties (S.D. Miss.): Deadline for submission of first civil penalties payment

Dear Mr. Roe:

Thank you for your email.  Please see the attached response, which is also being sent by Fed Ex.

Sincerely,

Max Lapertosa

**From:** James Rio <jrio6807@gmail.com>
**Sent:** Saturday, February 4, 2023 4:02 PM
**To:** Lapertosa, Max (CRT) <Max.Lapertosa@usdoj.gov>
**Subject:** [EXTERNAL] Re: United States v. SSM Properties (S.D. Miss.): Deadline for submission of first civil penalties payment

I'd started to work at Lowe's. When this came out across the news they let me go. I'm supposed to start another job next week.

On Mon, Jan 30, 2023, 11:24 AM Lapertosa, Max (CRT) <Max.Lapertosa@usdoj.gov> wrote:

> Dear Mr. Roe:
>
> This is a reminder that, under Paragraph 33 of the Consent Decree in the above case, your first civil penalties payment of $500 is due today.  I am re-attaching the instructions for sending the payment to the United States Treasury, along with the letter we sent you with the schedule of payments last November.  If you have any questions concerning how to submit this payment, please call me at (202) 305-1077.
>
> Sincerely,
>
> Max Lapertosa (he/him)
> Attorney
> Housing and Civil Enforcement Section
> Civil Rights Division
> U.S. Department of Justice
> 950 Pennsylvania Avenue N.W.—4CON
> Washington, DC  20530
> Tel:  (202) 305-1077
> Email:  Max.Lapertosa@usdoj.gov
>
> *Overnight Address:*
> Four Constitution Square
> 150 M Street N.E., Room 8.1106
> Washington, DC  20002