# Exhibit I



**U.S. Department of Justice**

United States Attorney
*Southern District of Mississippi*
*Financial Litigation Program*

---

March 28, 2023

**VIA FEDERAL EXPRESS**
Mr. James Roe
1255 East County Line Road, Apt D-3
Jackson, MS  39211

      Re:    *U. S. v. SSM Props. et al.*
             Court Number: 3:20-cv-00729-CWR-LGI

Dear Mr. Roe:

     The United States sent you a letter dated February 3, 2023, reminding you of your payment obligations under the Consent Decree filed in the referenced case.  You have not met the terms of the Consent Decree and have made no payments toward your imposed fine.  At this time your payment obligation is in DEFAULT, as defined by 18 U.S.C. § 3572(i), meaning your payment is delinquent for more than 90 days.  Therefore, your imposed fine is due in full within 30 days of this notice.

     DEMAND IS HEREBY MADE UPON YOU FOR PAYMENT IN FULL, WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS NOTICE IN THE AMOUNT OF **$3,000.00**.

     Payment should be in the form of a money order, certified check or cashier's check, made payable to the **U.S. Department of Justice** and <u>mailed</u> to **Office of the United States Attorney, ATTN: Financial Litigation, 501 E. Court Street, Suite 4.430, Jackson, MS  39201**, and noting the court number **(3:20-cv-00729-CWR-LGI)** on the memo line for proper identification.

     Additionally, your debt will also be submitted to the Department of Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment you would normally receive may be offset and applied to this debt.

     If you have any questions, please call (601) 973-2894.

                                            Very truly yours,

                                            DARREN J. LAMARCA
                                            United States Attorney

                                            BY:  Financial Litigation Program

CDCS Number  2023A28699  15B