**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA,**

**PLAINTIFF**

**ARIENNE JONES, DERIC JONES,**
**HERSCHEL WILLIAMS, and**
**TANSHENETTA ROBISKIE,**

**PLAINTIFF-INTERVENORS**

**v.**                                    **CIVIL ACTION NO.:  3:20-cv-00729-CWR-LGI**

**SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,**
**JAMES ROE, and SHEILA MAULDING,**                **DEFENDANTS**

**UNITED STATES' MOTION TO GRANT AS UNOPPOSED**
**ITS MOTION FOR ORDER TO SHOW CAUSE AS TO WHY**
**DEFENDANT JAMES ROE SHOULD NOT BE HELD IN CONTEMPT**

Pursuant to Local Uniform Civil Rule 7(b)(3)(E), the United States respectfully moves

the Court to grant as unopposed its Motion for Order to Show Cause as to why Defendant James

Roe ("Roe") should not be held in contempt (ECF Nos. 147-149) due to Roe's failure to respond

to this motion.  In support of this motion, the United States avers as follows:

1.      On May 15, 2023, the United States moved this Court for an Order to Show

Cause as to why Roe should not be held in contempt for failure to make civil penalty payments

under the Consent Decree entered in this case.

2.       Roe was served with electronic copies of the United States' Motion,

Memorandum of Law, and other supporting documents by email to the email address listed on

Roe's pleadings in this case.  *See* Exhibit A, Email from Max Lapertosa to James Roe (May 15,

2023, 11:12 AM EST).  Roe was also served with paper copies of these pleadings and supporting

documents by Fed Ex, which, according to its tracking software, were delivered to Roe's last-

known home address on May 17, 2023.  Exhibit B, Email from Fed Ex Tracking Update to Max Lapertosa (May 17, 2023, 12:12 PM EST).

3.       Under Local Uniform Civil Rule 7(b)(4), Roe had fourteen days after service, or no later than May 31, 2023, to file a response to the United States' Motion to Show Cause.

4.       Roe has not, to date, responded to the Motion to Show Cause, nor has he moved the Court to extend the response deadline.  Counsel for the United States has not heard from Roe since the filing of this Motion.

5.       Roe has also not, to date, made any of the payments required under the Consent Decree since the filing of the Motion to Show Cause.

Further grounds for this Motion are set forth in the United States' Memorandum of Law, which is being filed concurrently with this Motion.

WHEREFORE, the United States respectfully moves the Court to grant the United States' Motion to Show Cause as unopposed.

Dated:  June 20, 2023

Respectfully submitted,

DARREN J. LAMARCA
UNITED STATES ATTORNEY

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

s/ Max Lapertosa

MITZI DEASE PAIGE (MS Bar No. 6014)
Assistant United States Attorney
501 E. Court St., Suite 4.430
Jackson, MS 39201
Tel: (601) 973-2840
Fax: (601) 965-4409
mitzi.paige@usdoj.gov

CARRIE PAGNUCCO
Acting Chief
MICHAEL S. MAURER
Deputy Chief
MAX LAPERTOSA
KATHERINE RAIMONDO
NATHAN SHULOCK
Trial Attorneys
United States Department of Justice
Housing and Civil Enforcement Section
Civil Rights Division
950 Pennsylvania Ave. NW – 4CON
Washington, DC  20530
Tel: (202) 598-9726
Fax: (202) 514-1116
Max.Lapertosa@usdoj.gov

Attorneys for the United States of America

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 20, 2023, I electronically filed the foregoing document with

the Clerk of the Court using the ECF system which sent notification of such filing to all counsel

of record and I hereby certify that I have caused to be mailed by email and Fed Ex the document

to the following defendant at the address listed below:

James Roe
1255 East County Line Road, Apt. D-3
Jackson, MS  39211
jrio6807@gmail.com

s/ Max Lapertosa