# Exhibit A

# Lapertosa, Max (CRT)

| | |
|---|---|
| **From:** | Lapertosa, Max (CRT) |
| **Sent:** | Monday, May 15, 2023 11:13 AM |
| **To:** | James Rio |
| **Cc:** | Raimondo, Katie (CRT); Shulock, Nathan (CRT); Paige, Mitzi (USAMSS) |
| **Subject:** | United States v. SSM Props. et al., No. 3:20-cv-729 (S.D. Miss.) |
| **Attachments:** | 147 Mot for Order to Show Cause Roe.pdf; 148 Mem in Supp Mot for Order to Show Cause Roe.pdf; 149 Lapertosa Decl Mot Show Cause with exhibits.pdf |

Dear Mr. Roe:

I am attaching copies of a motion and related documents that were filed today with the Court in the above case.  We are also sending you paper copies of these documents via Fed Ex overnight mail.

Sincerely,

Max Lapertosa (he/him)
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue N.W.—4CON
Washington, DC  20530
Tel:  (202) 598-9726
Email:  Max.Lapertosa@usdoj.gov

*Overnight Address:*
Four Constitution Square
150 M Street N.E., Room 8.123
Washington, DC  20002