# Exhibit B

**Lapertosa, Max (CRT)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Wednesday, May 17, 2023 12:27 PM |
| **To:** | Lapertosa, Max (CRT) |
| **Subject:** | [EXTERNAL] FedEx Shipment 772143424366: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |



Hi. Your package was delivered Wed, 05/17/2023 at 11:21am.



Delivered to 1255 E COUNTY LINE RD D3, JACKSON, MS 39211

**OBTAIN PROOF OF DELIVERY**

1



Delivery picture not showing? View in browser.

## How was your delivery ?

    

| | |
|---|---|
| **TRACKING NUMBER** | 772143424366 |
| **FROM** | DOJ Civil Rights Division - HCE<br>4 Constitution Square<br>150 M Street, NE - Rm 8.1106<br>WASHINGTON, DC, US, 20002 |
| **TO** | James Roe<br>1255 East County Line Road<br>Apartment D-3<br>JACKSON, MS, US, 39211 |
| **SHIP DATE** | Tue 5/16/2023 04:13 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | WASHINGTON, DC, US, 20002 |
| **DESTINATION** | JACKSON, MS, US, 39211 |
| **SPECIAL HANDLING** | Deliver Weekday<br>Residential Delivery |

2

| | |
|---|---|
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |
| SERVICE TYPE | FedEx Standard Overnight |

## Home delivery preferences? Do tell.

Want us to leave your package at a side door or gate for extra security? Sign up for Fedex Delivery Manager® to give your driver delivery preferences.

**ENROLL FOR FREE**

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 11:27 AM CDT 05/17/2023.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

© 2023 Federal Express Corporation. The content of this message is protected by copyright and trademark laws under U.S. and international law. Review our privacy policy. All rights reserved.

Thank you for your business.

4