IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* and **ARIENNE JONES, DERIC JONES, HERSCHEL WILLIAMS, and TANSHENETTA VEALS,** *Plaintiffs-Intervenors,* v. **SSM PROPERTIES, LLC, STEVEN MAULDING, SR., JAMES ROE, and SHEILA MAULDING,** *Defendants.* | CAUSE NO. 3:20-CV-729-CWR-LGI |

## ORDER

Before the Court is the United States' *Motion for Order to Show Cause*. Docket No. 147. On review, the *Motion* will be granted.

On November 1, 2022, this Court entered a Consent Decree requiring Defendant James Roe to pay a total of $3,000 to the United States as a civil penalty under 42 U.S.C. § 3614(d)(1)(C). Docket No. 145 at 17. Over the last eight months, however, Roe has failed to timely make the requisite payments. Docket No. 148 at 1.

The Government filed the *Motion for Order to Show Cause* on May 15, 2023. Docket No. 147. The Defendant did not file a response. On June 20, 2023, the Government filed a

second motion, requesting that this Court grant its *Motion for Order to Show Cause* as unopposed. Docket No. 150. To date, Roe has not filed a response to that second motion either.

The Court will treat the Government's motion as unopposed. *See* Local Rule 7(3)(E) ("If a party fails to respond to any motion, other than a dispositive motion, within the time allotted, the court may grant the motion as unopposed."). An Order to Show Cause will issue separately.

**SO ORDERED**, this the 5th day of July, 2023.

s/ Carlton W. Reeves<br>
UNITED STATES DISTRICT JUDGE