# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| *Plaintiff,* | |
| and | |
| **ARIENNE JONES, DERIC JONES, HERSCHEL WILLIAMS, and TANSHENETTA VEALS,** | Cause No. 3:20-CV-729-CWR-LGI |
| *Plaintiffs-Intervenors*, | |
| v. | |
| **SSM PROPERTIES, LLC, STEVEN MAULDING, SR., JAMES ROE, and SHEILA MAULDING,** | |
| *Defendants.* | |

## ORDER TO SHOW CAUSE

Having issued an Order granting the United States' unopposed *Motion for Order to Show Cause*, Docket No. 152, this Court will hold a hearing on July 21, 2023 at 2:00 PM for defendant James Roe to show cause as to why he should not be held in civil contempt for failing to make the civil penalty payments as outlined in the Consent Decree.

**SO ORDERED**, this the 5th day of July, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
