# Exhibit B-1



**U.S. Department of Justice**

Civil Rights Division

---

Date: October 17, 2023

From: Max Lapertosa

Subject: Expense Report for Trips to Jackson, MS
Date:     July 20-22 2023

# E2 Travel Voucher

Tue Oct 17 15:52:32 CDT 2023

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| JCRT2300240001 | Closed Voucher | 13300122-1 | 2023-07-31 | 2023-08-02 |

| Traveler | Employee Id | Official Duty Station | Title | Final Voucher Flag |
|---|---|---|---|---|
| MAX LAPERTOSA | | Washington, DC | | Yes |

| Mailing Address | | Office Phone | Home Phone | |
|---|---|---|---|---|
| US | | 2023051077 | N/A | |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder | |
|---|---|---|---|---|
| CONUS | US v. SSM Properties (DJ 175-21-29) | TDY | Yes | |
| | | | Estimated Dates of Travel | |
| | | | 2023-07-20 thru 2023-07-22 | |

## Itinerary

Cabin Class: Coach (Air)

| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
|---|---|---|---|---|---|---|---|
| 2023-07-20 | 2023-07-20 | N/A | Washington, DC | NONE | No | CP | |
| 2023-07-20 | 2023-07-22 | N/A | Jackson, MS | RENTAL | Yes | CP | Temporary Duty, LDG $98, M & IE $59 |
| 2023-07-22 | 2023-07-22 | N/A | Washington, DC | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 482.60 | 196.00 | 147.50 | 75.48 | 74.40 | 24.04 | 111.55 | 1,111.57 |

## Voucher Accounting Information

| Accounting String | Object Code | CBA Amount | Travel Charge Card | Traveler Amount | Voucher Amount |
|---|---|---|---|---|---|
| Segment Names: Security Org/Partition/BBFY/EBFY/Fund/Org 2 (DVSN)/Org 4 (ORGN)/Program/Activity/Project/User Dimension 3/User Dimension 1/Sub-Organization/Sub-Project/Sub-Program/User Dimension 4/Org 5(Cost Center)/Agreement Number/Line No/Conference Code/DOJ Project | | 0.00 | 0.00 | 0.00 | 0.00 |
| JCRT/OBD/2023/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-21-29/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21014 | 0.00 | 80.46 | 0.00 | 80.46 |
| JCRT/OBD/2023/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-21-29/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21011 | 0.00 | 482.60 | 0.00 | 482.60 |
| JCRT/OBD/2023/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-21-29/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21012 | 0.00 | 196.00 | 0.00 | 196.00 |
| JCRT/OBD/2023/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-21-29/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21016/2199 | 0.00 | 180.97 | 0.00 | 180.97 |
| JCRT/OBD/2023/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-21-29/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21013 | 0.00 | 0.00 | 147.50 | 147.50 |
| JCRT/OBD/2023/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-21-29/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21015 | 0.00 | 0.00 | 24.04 | 24.04 |
| | | 0.00 | 940.03 | 171.54 | 1,111.57 |

## Traveler Payment Summary

| Total Traveler | Less Liquidated Advance Amount | Total Amount to Traveler |
|---|---|---|
| | | |

| Total Traveler | Less Liquidated Advance Amount | Total Amount to Traveler |
|---|---|---|
| 171.54 | 0.00 | 171.54 |

## Traveler Payment Details

| Document Number | Currency Code | Payment Amount (LCU) | Payment Type | Bank Name | Exchange Rate | Payment Amount (USE) |
|---|---|---|---|---|---|---|
| | | | | | | |

## Voucher Expense Summary

| Location | Expense Category | Expense Type | Amount | Expense Reimbursement |
|---|---|---|---|---|
| Jackson, MS | Car Rental | Rental Car | 75.48 | |
| Jackson, MS | Local Transport | Taxi - Uber / Lyft | 74.40 | |
| Jackson, MS | Lodging | Lodging | 196.00 | Perdiem |
| Jackson, MS | Meals & Incidentals | Meals Perdiem | 147.50 | Perdiem |
| Jackson, MS | Misc | Fuel | 4.98 | |
| Jackson, MS | Misc | Lodging Tax | 24.82 | Perdiem |
| Jackson, MS | Misc | Parking | 23.75 | |
| Washington, DC | Misc | Parking | 58.00 | |
| Washington, DC | Misc | Voucher Transaction Fee | 0.00 | |
| Washington, DC | POV | Private Auto (POV) Mileage | 24.04 | |
| Washington, DC | Transport | Airfare | 482.60 | |

## Voucher Expense Lines

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 1 | 2023-07-20 | Jackson, MS | Car Rental | Rental Car | 75.48 | none | 75.48 | Commercial Auto expense generated from Confirmation Number: CDCOMO and vendor National Rent A Car |

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 2 | 2023-07-20 | Washington, DC | Transport | Airfare | 482.60 | none | 482.60 | Commercial Plane expense generated from Confirmation Number: CDCOMO |
| 3 | 2023-07-20 | Jackson, MS | Lodging | Lodging | 98.00 | Perdiem | 98.00 | none |
| 4 | 2023-07-20 | Jackson, MS | Misc | Lodging Tax | 13.29 | Perdiem | 13.29 | none |
| 5 | 2023-07-20 | Jackson, MS | Meals & Incidentals | Meals Perdiem | 44.25 | Perdiem | 44.25 | none |
| 6 | 2023-07-20 | Washington, DC | POV | Private Auto (POV) Mileage | 11.86 | none | 11.86 | From 7759 Grandwind Dr, Lorton, VA 22079, USA to Ronald Reagan Washington National Airport (DCA), 2401 Ronald Reagan Washingto... - 18.1 miles @ $0.655 per mile.: 18.10 miles @ 0.655 |
| 7 | 2023-07-20 | Washington, DC | Misc | Parking | 58.00 | none | 58.00 | Parking at DCA |
| 8 | 2023-07-20 | Jackson, MS | Misc | Parking | 23.75 | none | 23.75 | Parking at the Hotel |
| 9 | 2023-07-21 | Jackson, MS | Misc | Fuel | 4.98 | none | 4.98 | Fuel for Rental Car |
| 10 | 2023-07-21 | Jackson, MS | Lodging | Lodging | 98.00 | Perdiem | 98.00 | none |
| 11 | 2023-07-21 | Jackson, MS | Misc | Lodging Tax | 11.53 | Perdiem | 11.53 | none |
| 12 | 2023-07-21 | Jackson, MS | Meals & Incidentals | Meals Perdiem | 59.00 | Perdiem | 59.00 | none |
| 13 | 2023-07-21 | Jackson, MS | Local Transport | Taxi - Uber / Lyft | 32.40 | none | 32.40 | From Airport to Hotel |
| 14 | 2023-07-22 | Jackson, MS | Lodging | Lodging | 0.00 | Perdiem | 0.00 | none |
| 15 | 2023-07-22 | Jackson, MS | Misc | Lodging Tax | 0.00 | Perdiem | 0.00 | none |
| 16 | 2023-07-22 | Jackson, MS | Meals & Incidentals | Meals Perdiem | 44.25 | Perdiem | 44.25 | none |

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 17 | 2023-07-22 | Washington, DC | POV | Private Auto (POV) Mileage | 12.18 | none | 12.18 | From Ronald Reagan Washington National Airport (DCA), 2401 Ronald Reagan Washingto... to 7759 Grandwind Dr, Lorton, VA 22079, USA - 18.6 miles @ $0.655 per mile.: 18.60 miles @ 0.655 |
| 18 | 2023-07-22 | Jackson, MS | Local Transport | Taxi - Uber / Lyft | 42.00 | none | 42.00 | From Hotel to Airport |
| 19 | 2023-07-22 | Washington, DC | Misc | Voucher Transaction Fee | 0.00 | none | 0.00 | Voucher Transaction Fee |

## Voucher Remarks

| Remark Details |
|---|
| Voucher Remarks - Voucher ID: 13300122-1(1) |

Traveler - LAPERTOSA, MAX          July   31, 2023 at 10:36 AM

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (41CFR 101-41.203-2). I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

## Audit/Approver Information

| Action | Official | Date / Time |
|---|---|---|
| Approved [OBD-CRT-HCE-DEPUTY B POOL] | MICHAEL.MAURER@USDOJ.GOV [MAURER, MICHAEL] | 2023-07-31 |
| Approved [OBD-CRT-VOUCHER FINAL REV] | TRINA.MORRISON@USDOJ.GOV [MORRISON, TRINA] | 2023-08-02 |

# History

| Date | Action |
| --- | --- |
| 12JUL23 Wed 08:23AM | Current status New Authorization |
| 12JUL23 Wed 08:23AM | Created by ANDRENA ADAMS for MAX LAPERTOSA |
| 12JUL23 Wed 08:23AM | Created for MAX LAPERTOSA traveling under Civilian (FTR) Travel Regulations |
| 12JUL23 Wed 08:23AM | Created for Minor Customer: OBD-CRT-HCE-Housing and Civil Enforcement (CRT) (JO6010) |
| 12JUL23 Wed 08:23AM | Current status: Reservations Booked |
| 12JUL23 Wed 08:23AM | (CDCOMO) Booked Total Air Amount: 491.90 USD with fare type YCA/YCA/-DG/-DG, Booked Lodging Rate for Westin Hotels: 98.00 USD, Booked Total Car Amount: 75.48 USD |
| 12JUL23 Wed 08:23AM | Reservation CDCOMO retrieved by System |
| 12JUL23 Wed 08:41AM | Current status: Pending Authorization Approval |
| 12JUL23 Wed 08:41AM | Trip ID 13300122 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL MAURER by ADAMS, ANDRENA |
| 12JUL23 Wed 08:41AM | Justification code submitted by ADAMS, ANDRENA - Justification for Contract Carrier Fare: Contract fare used/no contract fare exists |
| 12JUL23 Wed 08:41AM | Justification code submitted by ADAMS, ANDRENA - Justification for Rental Car Type: Cost is less than or equal to in policy car (CE3) |
| 12JUL23 Wed 08:41AM | Justification code submitted by ADAMS, ANDRENA - Justification for CABINCLASS - Coach: Within policy |
| 12JUL23 Wed 09:52AM | Trip ID 13300122 Approved By OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL |
| 12JUL23 Wed 09:52AM | Trip ID 13300122 Submitted to OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA by System |
| 17JUL23 Mon 09:07AM | Ticket 0017982592782 for 298.70 USD on American Airlines has been issued by the TMC. |
| 17JUL23 Mon 09:07AM | Ticket 0067982592784 for 193.20 USD on Delta Air Lines has been issued by the TMC. |
| 17JUL23 Mon 09:07AM | (CDCOMO) Ticket Total Air Amount: 491.90 USD. |
| 18JUL23 Tue 06:16AM | Trip ID 13300122 Approved By OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA |
| 18JUL23 Tue 06:16AM | Trip ID 13300122 Submitted to OBD-CRT-FUNDS CERTIFICATION POOL Approver CHOWDHURY, MOEEN by System |
| 18JUL23 Tue 02:15PM | Current status: Authorization Approved |
| 18JUL23 Tue 02:15PM | Trip ID 13300122 Approved By OBD-CRT-FUNDS CERTIFICATION POOL Approver CHOWDHURY, MOEEN |
| 18JUL23 Tue 02:15PM | TMC notified of event after Final Approval: SendFundingData for Reservation [CDCOMO] |
| 18JUL23 Tue 02:15PM | Obligation current status: Pending Obligation |
| 18JUL23 Tue 02:15PM | Agency successfully notified of event: TripAuthorizationApproved for trip 13300122 |
| 18JUL23 Tue 03:17PM | Obligation current status: Obligation Accepted |

| Date | Action |
| --- | --- |
| 18JUL23 Tue 03:17PM | Obligation Request Approved by UFMS for Trip Id: 13300122 |
| 21JUL23 Fri 06:50PM | Ticket 0017983740434 for 183.90 USD on American Airlines has been issued by the TMC. |
| 21JUL23 Fri 06:50PM | (CDCOMO) Ticket Total Air Amount: 675.80 USD. |
| 24JUL23 Mon 07:58AM | Current status: Amended |
| 24JUL23 Mon 07:58AM | Created by ANDRENA  ADAMS for MAX  LAPERTOSA |
| 24JUL23 Mon 07:58AM | Created for Minor Customer:OBD-CRT-HCE-Housing and Civil Enforcement (CRT) (JO6010) |
| 24JUL23 Mon 08:14AM | Current status: Pending Authorization Approval |
| 24JUL23 Mon 08:14AM | Trip ID 13300122-1 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL  MAURER by ADAMS, ANDRENA |
| 24JUL23 Mon 08:14AM | Justification code submitted by ADAMS, ANDRENA   - Justification for Contract Carrier Fare: Contract fare used/no contract fare exists |
| 24JUL23 Mon 08:14AM | Justification code submitted by ADAMS, ANDRENA   - Justification for Rental Car Type: Cost is less than or equal to in policy car (CE3) |
| 24JUL23 Mon 08:14AM | Justification code submitted by ADAMS, ANDRENA   - Justification for CABINCLASS - Coach: Within policy |
| 24JUL23 Mon 02:52PM | Trip ID 13300122-1 Approved By OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL |
| 24JUL23 Mon 02:52PM | Trip ID 13300122-1 Submitted to OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA by System |
| 27JUL23 Thu 11:09AM | Trip ID 13300122-1 Approved By OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA |
| 27JUL23 Thu 11:09AM | Trip ID 13300122-1 Submitted to OBD-CRT-FUNDS CERTIFICATION POOL Approver CHOWDHURY, MOEEN by System |
| 28JUL23 Fri 05:07PM | Current status: Authorization Approved |
| 28JUL23 Fri 05:07PM | Trip ID 13300122-1 Approved By OBD-CRT-FUNDS CERTIFICATION POOL Approver CHOWDHURY, MOEEN |
| 28JUL23 Fri 05:07PM | Obligation current status: Pending Obligation |
| 28JUL23 Fri 05:07PM | Agency successfully notified of event: TripAuthorizationApproved for trip 13300122-1 |
| 28JUL23 Fri 06:02PM | Obligation current status: Obligation Accepted |
| 28JUL23 Fri 06:02PM | Obligation Request Approved by UFMS for Trip Id: 13300122-1 |
| 31JUL23 Mon 08:30AM | Voucher 1 created by ANDRENA  ADAMS for MAX  LAPERTOSA |
| 31JUL23 Mon 08:30AM | Created for Minor Customer:OBD-CRT-HCE-Housing and Civil Enforcement (CRT) (JO6010) |
| 31JUL23 Mon 09:01AM | Attachment Taxi receipt Jackson airport to hotel 7-21-2023.pdf added by ANDRENA ADAMS |
| 31JUL23 Mon 09:01AM | Attachment National Rental Agreement 953919388.pdf added by ANDRENA ADAMS |
| 31JUL23 Mon 09:02AM | Attachment Hotel receipt Lapertosa 7-21 to 7-22-2023.pdf added by ANDRENA ADAMS |

| Date | Action |
|---|---|
| 31JUL23 Mon 09:02AM | Attachment Hotel receipt Lapertosa 7-20 to 7-21-2023 incl parking.pdf added by ANDRENA ADAMS |
| 31JUL23 Mon 09:02AM | Attachment DCA parking and gas for rental car receipts.pdf added by ANDRENA ADAMS |
| 31JUL23 Mon 09:02AM | Attachment Receipt for Taxis from Hotel to Airport - July 22.pdf added by ANDRENA ADAMS |
| 31JUL23 Mon 09:03AM | Trip 13300122-1 Voucher 1 current status: Pending Voucher Approval |
| 31JUL23 Mon 09:03AM | Voucher ID 1 submitted to LAPERTOSA, MAX  Approver by ADAMS, ANDRENA |
| 31JUL23 Mon 09:24AM | Voucher 1 approved by Approver LAPERTOSA, MAX |
| 31JUL23 Mon 09:24AM | Voucher 1 submitted to OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL by System |
| 31JUL23 Mon 10:23AM | Trip 13300122-1 Voucher 1 current status: Voucher Revised |
| 31JUL23 Mon 10:23AM | Voucher recalled by ADAMS, ANDRENA |
| 31JUL23 Mon 10:31AM | Trip 13300122-1 Voucher 1 current status: Pending Voucher Approval |
| 31JUL23 Mon 10:31AM | Voucher ID 1 submitted to LAPERTOSA, MAX  Approver by ADAMS, ANDRENA |
| 31JUL23 Mon 10:34AM | Trip 13300122-1 Voucher 1 current status: Open Voucher |
| 31JUL23 Mon 10:34AM | Removed from Approval by LAPERTOSA, MAX |
| 31JUL23 Mon 10:36AM | Trip 13300122-1 Voucher 1 current status: Pending Voucher Approval |
| 31JUL23 Mon 10:36AM | Voucher ID 1 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL  MAURER by LAPERTOSA, MAX |
| 31JUL23 Mon 10:44AM | Voucher 1 approved by OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL |
| 31JUL23 Mon 10:44AM | Voucher 1 submitted to OBD-CRT-VOUCHER FINAL REVIEW POOL Approver by System |
| 02AUG23 Wed 07:16AM | MORRISON, TRINA   locked Voucher(1) for Approval. |
| 02AUG23 Wed 07:21AM | Trip 13300122-1 Voucher 1 current status: Voucher Awaiting Payment |
| 02AUG23 Wed 07:21AM | Voucher 1 approved by OBD-CRT-VOUCHER FINAL REVIEW POOL final Approver MORRISON, TRINA |
| 02AUG23 Wed 07:21AM | Agency successfully notified of event: TripVoucherApproved for trip 13300122-1, voucher 1 |
| 02AUG23 Wed 03:47PM | Voucher Request Approved by UFMS for Trip Id: 13300122-1, Voucher:1 |
| 04AUG23 Fri 10:06PM | Trip 13300122-1 Voucher 1 current status: Closed Voucher |
| 04AUG23 Fri 10:06PM | Current status: Closed Voucher |

From: Manny's Taxi Service
To: Lapertosa, Max (CRT)
Subject: [EXTERNAL] Receipt from Manny"s Taxi Service
Date: Saturday, July 22, 2023 5:45:39 AM

Square automatically sends receipts to the email address you used at any Square seller. Learn more



**Manny's Taxi Service**



Let Manny's Taxi Service know how your experience was

# $42.00

| | |
|---|---:|
| Custom Amount | $35.00 |
| | |
| Purchase Subtotal | $35.00 |
| Tip | $7.00 |
| | |
| **Total** | **$42.00** |

Manny's Taxi Service

769-237-7784

MasterCard ███ (Chip)     Jul 22 2023 at 2:45 AM

#FaIG

MAX LAPERTOSA     Auth code: 091635

AID: A0000000041010

### Receipt Settings

Not your receipt?   Turn off automatic receipts
Manage preferences

© 2023 Square Privacy Policy
1955 Broadway, Suite 600
Oakland, CA 94612

```
        INSERT
      THIS END UP

       REAGAN
   NATIONAL AIRPORT
   RECEIPT    A207
   ENTRY TIME:
   07/20/23    15:13
   EXIT TIME:
   07/22/23    09:29
   PARK-DUR.: HRS:MIN
                1:18:16
   AMOUNT:
               $ 58.00
   KIND OF PAYMENT:
   MASTERCARD
   XXXXXXXXXXXX4695
           XXXXX 201
```

```
                        7/21/2023 3:48:44 PM
        Order Number:              759171
           Circle K               2723748
           461 South Pearson Rd
              Pearl, MS 39208
              (601) 939-0052
   Register:100                              ICR
           (DUPLICATE RECEIPT)

   Pay at Pump Sale
   Pump # 6  UNL-REG
   1.581 Gallons @ $3.149/Gal        $4.98
      Sub. Total:                    $4.98
      Tax:                           $0.00
      Total:                         $4.98
      Discount Total:                $0.00
      MastercardFleet:               $4.98
      Change                  $0.00

   SALE
   MastercardFleet
   Card Num : (C)
   XXXXXXXXXXXX4
   Chip Read

   USD$ 4.98

   CREDIT
   AID:  A0000000041010
   TVR:  0000008000
   IAD:
   XXXXXXXXXXXXXXXXXXXX
   XXXXXXXXXXXXXXXX
   TSI: E800
   ARC: 00
   TC: FCBE01E2F0AE6106


   07/21/2023 15:48:20
     Verified by PIN
   By entering a
   verified PIN,
   cardholder agrees to
   pay issuer such
   total in accordance
   with issuer's
   agreement with
   cardholder

   I agree to pay the
   above Total Amount
   according to Card
   Issuer Agreement.



                  Thank You
                  Come Again
```

The Westin Jackson
407 South Congress St.
Jackson, MS  39201
United States
Tel: 601-968-8200 Fax: 601-968-8201

# WESTIN®
## HOTELS & RESORTS

MAX LAPERTOSA

United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 277515 |
| Folio ID | : | A |
| Arrive Date | : | 20-JUL-23   16:32 |
| Depart Date | : | 21-JUL-23   15:06 |
| No. Of Guest | : | 1 |
| Room Number | : | 912 |
| Marriott Bonvoy Number | : | 9029 |

Invoice Nbr : 1000055599

Tax ID :   90-0795445
The Westin Jac JANWI JUL-21-2023 16:10 SRATL010

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 20-JUL-23 | 16540 | In Room Dining | 59.34 | |
| 20-JUL-23 | RT912 | Room Chrg - Govt./Military | 98.00 | |
| 20-JUL-23 | RT912 | State Tax | 10.78 | |
| 20-JUL-23 | RT912 | Occupancy/Tourism | 0.75 | |
| 20-JUL-23 | RT912 | Parking Valet - Overnight | 22.00 | |
| 20-JUL-23 | RT912 | State Tax | 1.76 | |
| 21-JUL-23 | MC | MasterCard / Diners Intl- | | -192.63 |
| | | ** Total | 192.63 | -192.63 |
| | | *** Balance | 0.00 | |

Continued on the next page

# TOWNEPLACE SUITES
BY MARRIOTT

**TownePlace Suites® TPS Jackson Airport Flowood**
160 East Metro Parkway, Flowood, MS 39232  **P** 601.882.9800
**Marriott.com/JANTO**

M. Lapertosa

Room: 414
Room Type: STKT
Number of Guests: 1
Rate: $98.00

Clerk:

Arrive: 21Jul23    Time: 07:02PM    Depart: 22Jul23    Time: 12:00PM    Folio Number: 51398

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 21Jul23 | Room Charge | 98.00 | |
| 21Jul23 | Occupancy Sales Tax | 6.86 | |
| 21Jul23 | State Occupancy Tax | 1.96 | |
| 21Jul23 | Convention and Tourism Tax | 2.94 | |
| 22Jul23 | Master Card | | 109.76 |

CARD #: MCXXXXXXXXXXXX▮XXXX
AMOUNT: 109.76
Auth: 093203
This card was electronically swiped on 21Jul23

**BALANCE:** 0.00

**Marriott Bonvoy Account # XXXXX9029.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

127

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit TownePlaceSuites.com.



Rental Agreement # 953919388
Invoice # 94903484

## Renter Information

**Renter Name**
MAX LAPERTOSA

**Renter Address**
███████████
USA

**Contract**
/USGOV TDY - ALL OTHER GOVERNMENT

## Vehicle Information

**4DR ALL-WHEEL DRIVE QUATTRO SPORT U**

License #: HPC7862
State/Province: MS
Unit #: 8D810J
Vehicle #: P2061923

**Vehicle Class Driven**
Premium Elite SUV 4 door/Automatic/Air

**Vehicle Class Charged**
Midsize 2/4 door/Automatic/Air

**Odometer Mileage/Kilometers**
Starting: 11,195   Ending: 11,239
Total: 44

**Fuel**
Starting: Full   Ending: Full

## Trip Information

**Pickup**
Thursday, July 20, 2023   9:21 PM
JACKSON MUNICIPAL ARPT (JAN)
143 S HANGAR DR
JACKSON, MS 39208-2302
USA

**Return**
Friday, July 21, 2023   4:18 PM
JACKSON MUNICIPAL ARPT (JAN)
143 S HANGAR DR
JACKSON, MS 39208-2302
USA

## Renter Charges

| | | |
|---|---|---|
| Rental Rate | Time & Distance 1 Day at $51.00 / Day | $51.00 |
| Coverages | Cdw-allocated Inclusive | Included |
| Taxes and Fees | Concession Fee Recovery 11.11 Pct (11.11%) | $6.25 |
| | Veh Lic Rec Fee 0.25/day ($0.25 / Day) | $0.25 |
| | Government Admin Rate Supplement ($5.00 / Day) | $5.00 |
| | Rental Sales Tax (5.00%) | $3.40 |
| | Motor Vehicle Rental Tax (6.00%) | $4.08 |
| | Customer Facility Charge 5.50/day ($5.50 / Day) | $5.50 |

**Total**                                                    **$75.48**

(Subject to audit)

Amount charged on July 21, 2023 to MASTERCARD ███   ($75.48)

**Amount Due**                                              **$0.00**

## Thank you for renting with National Car Rental

**We appreciate your business!**

This email was automatically generated from an unattended mailbox, so please do not reply to this e-mail.

From: Isaac Buckley
To: Lapertosa, Max (CRT)
Subject: [EXTERNAL] Receipt from Isaac Buckley
Date: Friday, July 21, 2023 7:59:51 PM

Square automatically sends receipts to the email address you used at any Square seller. Learn more



**Isaac Buckley**

Let Isaac Buckley know how your experience was

$32.40

| Custom Amount | $27.00 |
|---|---|
| Purchase Subtotal | $27.00 |
| Tip | $5.40 |
| **Total** | **$32.40** |



Isaac Buckley

601-214-1205

MasterCard ▪▪▪▪ (Chip)   Jul 21 2023 at 6:59 PM
                                          #DBY0
MAX LAPERTOSA            Auth code: 050933

AID: A0000000041010

**Receipt Settings**

Not your receipt?   Turn off automatic receipts
Manage preferences

© 2023 Square Privacy Policy
1955 Broadway, Suite 600
Oakland, CA 94612