# Exhibit B-2



**U.S. Department of Justice**

Civil Rights Division

Date: October 17, 2023

From: Max Lapertosa

Subject: Expense Report for Trips to Jackson, MS
Date:     October 10-12 2023

# E2 Travel Voucher

Tue Oct 17 15:51:25 CDT 2023

PRIVACY ACT NOTICE: The following information is provided to comply with the Privacy Act of 1974(P.S. 93-579). The information requested on the form is required under the provisions of 5 U.S.C. Chapter 57(as amended), Executive Orders 11609 of July 22, 1971, and 1102 of March 27, 1962, for the purpose of facilitating authorization action and the request for advance of funds for travel and other expenses to be incurred under administrative. The information contained in this form will be used by the Federal agency officers and employees who have a need for such information in the performance of their duties. Information will be transferred to appropriate Federal, State, local, or foreign agencies when relevant to civil, criminal or regulatory investigations, or prosecutions. Failure to provide the information required will result in delay or suspension of the processing of this form.

## Voucher Information

| Document Number | Trip Status | Trip Id | Submit Date | Approve Date |
|---|---|---|---|---|
| JCRT2400006801 | Pending Voucher Approval | 13567192 | 2023-10-13 | 2023-10-13 |

| Traveler | Employee Id | Official Duty Station | Title | Final Voucher Flag |
|---|---|---|---|---|
| MAX LAPERTOSA | | Washington, DC | | Yes |

| Mailing Address | Office Phone | Home Phone |
|---|---|---|
| US | 2023051077 | N/A |

| CONUS/OCONUS | Travel Purpose | Agency Travel | Travel Charge Card Holder |
|---|---|---|---|
| CONUS | SSM Properties, DJ 175-41-231 | TDY | Yes |

| Estimated Dates of Travel |
|---|
| 2023-10-10 thru 2023-10-12 |

## Itinerary

Cabin Class   Coach (Air)

| Arrive | Depart | Time | Location | Car | Hotel | Mode | Notes |
|---|---|---|---|---|---|---|---|
| 2023-10-10 | 2023-10-10 | N/A | Washington, DC | NONE | No | CP | |
| 2023-10-10 | 2023-10-12 | N/A | Jackson, MS | RENTAL | Yes | CP | Temporary Duty, LDG $107, M & IE $59 |
| 2023-10-12 | 2023-10-12 | N/A | Washington, DC | NONE | No | NONE | |

PA-C = Government auto available and committed
PA-NA = Government auto not available
PA-NC = Government auto available and not committed

## Voucher Expense Totals

| Transport | Lodging | Meals & Incidentals | Car Rental | Local Transport | POV | Misc | Grand Total |
|---|---|---|---|---|---|---|---|
| 492.80 | 214.00 | 147.50 | 239.14 | 0.00 | 24.04 | 96.30 | 1,213.78 |

Page 1 of 8

## Voucher Accounting Information

| Accounting String | Object Code | CBA Amount | Travel Charge Card | Traveler Amount | Voucher Amount |
|---|---|---|---|---|---|
| Segment Names: Security Org/Partition/BBFY/EBFY/Fund/Org 2 (DVSN)/Org 4 (ORGN)/Program/Activity/Project/User Dimension 3/User Dimension 1/Sub-Organization/Sub-Project/Sub-Program/User Dimension 4/Org 5(Cost Center)/Agreement Number/Line No/Conference Code/DOJ Project | | 0.00 | 0.00 | 0.00 | 0.00 |
| JCRT/OBD/2024/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-41-231/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21014 | 0.00 | 252.40 | 0.00 | 252.40 |
| JCRT/OBD/2024/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-41-231/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21011 | 0.00 | 492.80 | 0.00 | 492.80 |
| JCRT/OBD/2024/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-41-231/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21012 | 0.00 | 214.00 | 0.00 | 214.00 |
| JCRT/OBD/2024/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-41-231/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21016/2199 | 0.00 | 83.04 | 0.00 | 83.04 |
| JCRT/OBD/2024/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-41-231/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21013 | 0.00 | 0.00 | 147.50 | 147.50 |
| JCRT/OBD/2024/NONE/0128ADIR/JCRTGEN/JCRTHCE/JCRT/NONE/NONE/JCRT706B/JCRT175-41-231/NONE/NONE/NONE/NONE/JCRTHCE/NONE/NONE/NONE | 21015 | 0.00 | 0.00 | 24.04 | 24.04 |
| | | 0.00 | 1,042.24 | 171.54 | 1,213.78 |

## Traveler Payment Summary

| Total Traveler | Less Liquidated Advance Amount | Total Amount to Traveler |
|---|---|---|

| Total Traveler | Less Liquidated Advance Amount | Total Amount to Traveler |
|---|---|---|
| 171.54 | 0.00 | 171.54 |

## Traveler Payment Details

| Document Number | Currency Code | Payment Amount (LCU) | Payment Type | Bank Name | Exchange Rate | Payment Amount (USE) |
|---|---|---|---|---|---|---|
| | | | | | | |

## Voucher Expense Summary

| Location | Expense Category | Expense Type | Amount | Expense Reimbursement |
|---|---|---|---|---|
| Jackson, MS | Car Rental | Rental Car | 239.14 | |
| Jackson, MS | Lodging | Lodging | 214.00 | Perdiem |
| Jackson, MS | Meals & Incidentals | Meals Perdiem | 147.50 | Perdiem |
| Jackson, MS | Misc | Fuel | 13.26 | |
| Jackson, MS | Misc | Lodging Tax | 25.04 | Perdiem |
| Jackson, MS | Misc | Parking | 58.00 | |
| Washington, DC | Misc | Voucher Transaction Fee | 0.00 | |
| Washington, DC | POV | Private Auto (POV) Mileage | 24.04 | |
| Washington, DC | Transport | Airfare | 492.80 | |

## Voucher Expense Lines

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 1 | 2023-10-10 | Jackson, MS | Car Rental | Rental Car | 239.14 | none | 239.14 | Commercial Auto expense generated from Confirmation Number: JHKSRT and vendor Hertz Rent-A-Car |
| 2 | 2023-10-10 | Washington, DC | Transport | Airfare | 492.80 | none | 492.80 | Commercial Plane expense generated from Confirmation Number: JHKSRT |

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 3 | 2023-10-10 | Jackson, MS | Lodging | Lodging | 107.00 | Perdiem | 107.00 | none |
| 4 | 2023-10-10 | Jackson, MS | Misc | Lodging Tax | 12.52 | Perdiem | 12.52 | none |
| 5 | 2023-10-10 | Jackson, MS | Meals & Incidentals | Meals Perdiem | 44.25 | Perdiem | 44.25 | none |
| 6 | 2023-10-10 | Washington, DC | POV | Private Auto (POV) Mileage | 11.86 | none | 11.86 | From 7759 Grandwind Dr, Lorton, VA 22079, USA to Ronald Reagan Washington National Airport (DCA), 2401 Ronald Reagan Washingto... - 18.1 miles @ $0.655 per mile.: 18.10 miles @ 0.655 |
| 7 | 2023-10-11 | Jackson, MS | Lodging | Lodging | 107.00 | Perdiem | 107.00 | none |
| 8 | 2023-10-11 | Jackson, MS | Misc | Lodging Tax | 12.52 | Perdiem | 12.52 | none |
| 9 | 2023-10-11 | Jackson, MS | Meals & Incidentals | Meals Perdiem | 59.00 | Perdiem | 59.00 | none |
| 10 | 2023-10-12 | Jackson, MS | Misc | Fuel | 13.26 | none | 13.26 | Fuel for Rental Car |
| 11 | 2023-10-12 | Jackson, MS | Lodging | Lodging | 0.00 | Perdiem | 0.00 | none |
| 12 | 2023-10-12 | Jackson, MS | Misc | Lodging Tax | 0.00 | Perdiem | 0.00 | none |
| 13 | 2023-10-12 | Jackson, MS | Meals & Incidentals | Meals Perdiem | 44.25 | Perdiem | 44.25 | none |
| 14 | 2023-10-12 | Washington, DC | POV | Private Auto (POV) Mileage | 12.18 | none | 12.18 | From Ronald Reagan Washington National Airport (DCA), 2401 Ronald Reagan Washingto... to 7759 Grandwind Dr, Lorton, VA 22079, USA - 18.6 miles @ $0.655 per mile.: 18.60 miles @ 0.655 |

| Line # | Date | Location | Expense Category | Expense Type | Claim Amt | Expense Reimbursement | Approved | Reason |
|---|---|---|---|---|---|---|---|---|
| 15 | 2023-10-12 | Jackson, MS | Misc | Parking | 58.00 | none | 58.00 | Parking at DCA |
| 16 | 2023-10-12 | Washington, DC | Misc | Voucher Transaction Fee | 0.00 | none | 0.00 | Voucher Transaction Fee |

## Voucher Remarks

### Remark Details

Voucher Remarks - Voucher ID: 13567192(1)

Approver - MAURER, MICHAEL          October  13, 2023 at 01:08 PM

The reimbursement amount requested for the rental car is inconsistent with (and lower than) the amount reflected in the receipt. Please correct.

Traveler - LAPERTOSA, MAX          October  13, 2023 at 01:16 PM

I hereby assign to the United States any right I may have against any parties in connection with reimbursable transportation charges described below, purchased under cash payment procedures (41CFR 101-41.203-2). I certify that this voucher is true and correct to the best of my knowledge and belief, and that payment or credit has not been received by me.

## Audit/Approver Information

| Action | Official | Date / Time |
|---|---|---|
| Approved [OBD-CRT-HCE-DEPUTY B POOL] | MICHAEL.MAURER@USDOJ.GOV [MAURER, MICHAEL] | 2023-10-13 |
| Pending [OBD-CRT-VOUCHER FINAL REV] | | 2023-10-17 |

## History

| Date | Action |
|---|---|
| 02OCT23 Mon 10:04AM | Current status New Authorization |
| 02OCT23 Mon 10:04AM | Created by ANDRENA ADAMS for MAX LAPERTOSA |
| 02OCT23 Mon 10:04AM | Created for MAX LAPERTOSA traveling under Civilian (FTR) Travel Regulations |
| 02OCT23 Mon 10:04AM | Created for Minor Customer: OBD-CRT-HCE-Housing and Civil Enforcement (CRT) (JO6010) |
| 02OCT23 Mon 10:04AM | Current status: Reservations Booked |
| 02OCT23 Mon 10:16AM | (JHKSRT) Booked Total Air Amount: 492.80 USD with fare type YCA/-CA, Booked Lodging Rate for Westin Hotels: 98.00 USD, Booked Total Car Amount: 239.14 USD |
| 02OCT23 Mon 10:16AM | Reservation JHKSRT retrieved by System |
| 02OCT23 Mon 10:17AM | Current status: Booking In Progress |
| 02OCT23 Mon 10:22AM | Current status: Reservations Booked |
| 02OCT23 Mon 10:22AM | (JHKSRT) Booked Total Air Amount: 492.80 USD with fare type YCA/-CA, Booked Lodging Rate for Residence Inn: 107.00 USD, Booked Total Car Amount: 239.14 USD |
| 02OCT23 Mon 10:22AM | EBooking Completed by MAX LAPERTOSA [JHKSRT] |
| 02OCT23 Mon 10:22AM | (JHKSRT) Booked Total Air Amount: 492.80 USD with fare type YCA/-CA, Booked Lodging Rate for Residence Inn Hotels: 107.00 USD, Booked Total Car Amount: 239.14 USD |
| 02OCT23 Mon 10:22AM | Reservation JHKSRT retrieved by System |
| 02OCT23 Mon 10:42AM | (JHKSRT) Booked Total Air Amount: 492.80 USD with fare type YCA/-CA, Booked Lodging Rate for Residence Inn Hotels: 107.00 USD, Booked Total Car Amount: 239.14 USD |
| 02OCT23 Mon 10:42AM | Reservation JHKSRT retrieved by ANDRENA ADAMS for MAX LAPERTOSA |
| 02OCT23 Mon 10:42AM | Refresh Reservation Details [JHKSRT] from Trip 13567192 by ANDRENA ADAMS |
| 02OCT23 Mon 11:11AM | Current status: Pending Authorization Approval |
| 02OCT23 Mon 11:11AM | Trip ID 13567192 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL MAURER by ADAMS, ANDRENA |
| 02OCT23 Mon 11:11AM | Justification code submitted by ADAMS, ANDRENA - Justification for Contract Carrier Fare: Contract fare used/no contract fare exists |
| 02OCT23 Mon 11:11AM | Justification code submitted by ADAMS, ANDRENA - Justification for Rental Car Type: Cost is less than or equal to in policy car (CE3) |
| 02OCT23 Mon 11:11AM | Justification code submitted by ADAMS, ANDRENA - Justification for CABINCLASS - Coach: Within policy |
| 02OCT23 Mon 11:20AM | Trip ID 13567192 Approved By OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL |
| 02OCT23 Mon 11:20AM | Trip ID 13567192 Submitted to OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA by System |
| 02OCT23 Mon 12:10PM | Current status: Revised Authorization |
| 02OCT23 Mon 12:10PM | Authorization recalled by ADAMS, ANDRENA |

| Date | Action |
| --- | --- |
| 02OCT23 Mon 12:12PM | Current status: Pending Authorization Approval |
| 02OCT23 Mon 12:12PM | Trip ID 13567192 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL MAURER by ADAMS, ANDRENA |
| 02OCT23 Mon 12:12PM | Justification code submitted by ADAMS, ANDRENA - Justification for Contract Carrier Fare: Contract fare used/no contract fare exists |
| 02OCT23 Mon 12:12PM | Justification code submitted by ADAMS, ANDRENA - Justification for Rental Car Type: Cost is less than or equal to in policy car (CE3) |
| 02OCT23 Mon 12:12PM | Justification code submitted by ADAMS, ANDRENA - Justification for CABINCLASS - Coach: Within policy |
| 02OCT23 Mon 12:17PM | Trip ID 13567192 Approved By OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL |
| 02OCT23 Mon 12:17PM | Trip ID 13567192 Submitted to OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA by System |
| 04OCT23 Wed 04:31PM | MORRISON, TRINA locked document for Approval. |
| 05OCT23 Thu 05:27AM | Ticket 0018060370577 for 492.80 USD on American Airlines has been issued by the TMC. |
| 05OCT23 Thu 05:27AM | (JHKSRT) Ticket Total Air Amount: 492.80 USD. |
| 06OCT23 Fri 11:41AM | MORRISON, TRINA locked document for Approval. |
| 10OCT23 Tue 08:32AM | Trip ID 13567192 Approved By OBD-CRT-TA REVIEW POOL Approver MORRISON, TRINA |
| 10OCT23 Tue 08:32AM | Trip ID 13567192 Submitted to OBD-CRT-FUNDS CERTIFICATION POOL Approver CHOWDHURY, MOEEN by System |
| 11OCT23 Wed 07:28PM | Current status: Authorization Approved |
| 11OCT23 Wed 07:28PM | Trip ID 13567192 Approved By OBD-CRT-FUNDS CERTIFICATION POOL Approver CHOWDHURY, MOEEN |
| 11OCT23 Wed 07:28PM | TMC notified of event after Final Approval: SendFundingData for Reservation [JHKSRT] |
| 11OCT23 Wed 07:28PM | Obligation current status: Pending Obligation |
| 11OCT23 Wed 07:28PM | Agency successfully notified of event: TripAuthorizationApproved for trip 13567192 |
| 11OCT23 Wed 08:33PM | Obligation current status: Obligation Accepted |
| 11OCT23 Wed 08:33PM | Obligation Request Approved by UFMS for Trip Id: 13567192 |
| 13OCT23 Fri 08:40AM | Voucher 1 created by ANDRENA ADAMS for MAX LAPERTOSA |
| 13OCT23 Fri 08:40AM | Created for Minor Customer:OBD-CRT-HCE-Housing and Civil Enforcement (CRT) (JO6010) |
| 13OCT23 Fri 08:57AM | Attachment Hotel receipt Lapertosa 10-12-2023.pdf added by ANDRENA ADAMS |
| 13OCT23 Fri 08:57AM | Attachment Hertz receipt 10-12-2023.pdf added by ANDRENA ADAMS |
| 13OCT23 Fri 08:57AM | Attachment DCA parking & gas for rental car receipts.pdf added by ANDRENA ADAMS |
| 13OCT23 Fri 08:58AM | Trip 13567192 Voucher 1 current status: Pending Voucher Approval |

| Date | Action |
| --- | --- |
| 13OCT23 Fri 08:58AM | Voucher ID 1 submitted to LAPERTOSA, MAX  Approver by ADAMS, ANDRENA |
| 13OCT23 Fri 12:56PM | Trip 13567192 Voucher 1 current status: Open Voucher |
| 13OCT23 Fri 12:56PM | Removed from Approval by LAPERTOSA, MAX |
| 13OCT23 Fri 12:57PM | Trip 13567192 Voucher 1 current status: Pending Voucher Approval |
| 13OCT23 Fri 12:57PM | Voucher ID 1 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL  MAURER by LAPERTOSA, MAX |
| 13OCT23 Fri 01:08PM | Trip 13567192 Voucher 1 current status: Voucher Revised |
| 13OCT23 Fri 01:08PM | MAURER, MICHAEL   revised Voucher - Reason: Other - Explain in remarks to traveler |
| 13OCT23 Fri 01:16PM | Trip 13567192 Voucher 1 current status: Pending Voucher Approval |
| 13OCT23 Fri 01:16PM | Voucher ID 1 submitted to OBD-CRT-HCE-DEPUTY B POOL approver MICHAEL  MAURER by LAPERTOSA, MAX |
| 13OCT23 Fri 01:23PM | Voucher 1 approved by OBD-CRT-HCE-DEPUTY B POOL Approver MAURER, MICHAEL |
| 13OCT23 Fri 01:23PM | Voucher 1 submitted to OBD-CRT-VOUCHER FINAL REVIEW POOL Approver by System |



**Residence Inn® Jackson District at Eastover**
1248 Eastover Drive, Jackson, MS 39211 **P** 601.362.8003
Marriott.com/JANMD

| | | |
|---|---|---|
| Max Lapertosa | Room: 416 | |
| | Room Type: STKT | |
| | Number of Guests: 1 | |
| Fedrooms | Rate: $107.00 | Clerk: DTB |
| Arrive: 10Oct23  Time: 11:03PM  Depart: 12Oct23 | Time: 06:23AM | Folio Number: 51314 |

| DATE | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|
| 10Oct23 | Room Charge | 107.00 | |
| 10Oct23 | State Occupancy Tax | 7.49 | |
| 10Oct23 | Convention and Tourism Tax | 4.28 | |
| 10Oct23 | Occupancy Sales Tax | 0.75 | |
| 11Oct23 | Room Charge | 107.00 | |
| 11Oct23 | State Occupancy Tax | 7.49 | |
| 11Oct23 | Convention and Tourism Tax | 4.28 | |
| 11Oct23 | Occupancy Sales Tax | 0.75 | |
| 12Oct23 | Master Card | | 239.04 |

Card #: MCXXXXXXXXXXXXXXXX
Card Type: MASTERCARD Card Entry: MANUAL Approval Code: 023317

**BALANCE:** 0.00

**Marriott Bonvoy Account # XXXXX9029.** Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your Marriott Bonvoy account statement or your online statement for updated activity.

Thank you for choosing The Residence Inn Jackson- The District at Eastover! Please take a moment to visit our hotel on TripAdvisor and tell us about your stay! We hope we have the pleasure of having you as our guest again soon!

See our "Privacy & Cookie Statement" on Marriott.com.

Operated under license from Marriott International, Inc. or one of its affiliates.

To plan your next stay, visit ResidenceInn.com.

Hertz Receipt

From: Hertz (hertznoreply@rentals.hertz.com)
To:
Date: Thursday, October 12, 2023 at 08:28 AM EDT

Here's Your Hertz Rental Car Receipt.

VIEW ONLINE





Your Receipt

VIEW RECEIPT

| | # | 01 RN | RR | | | 588545871 |
|---|---|---|---|---|---|---|
| | | | RES | | | K63344472F4 |

**MAX LAPERTOSA**

**INITIAL CHARGES**

| RENT RT | $ | 87.00/ DAY | @ | | 2/ DAYS | $ | 174.00 |
|---|---|---|---|---|---|---|---|
| GOVT ADMIN RATE SUPP | | | | 2 @ $ | 5.00/ DAY | $ | 10.00 |
| **SUBTOTAL** | | | | | | T $ | **184.00** |

**CHARGES ADDED DURING RENTAL**

| LDW | INCLUDED IN | USGPD | RATE |
|---|---|---|---|
| LIS | DECLINED | | |
| PAI, PEC | DECLINED | | |
| PREM RD SVC | DECLINED | | |

* ADDITIONAL CHARGES

**SERVICE CHARGES/TAXES**

| | | | | | |
|---|---|---|---|---|---|
| CONCESSION FEE RECOVERY | | | 11.11 % | T $ | 20.44 |
| CUST FAC CHG | | | | T $ | 11.00 |
| TAX | 11.000% | ON TAXABLE TTL OF $ | 215.44 | $ | 23.70 |

**TOTAL AMOUNT DUE**  $  **239.14**

CHARGED ON    MC    XXXXXXXXXXXX

Gold Plus Rewards Points Earned This Rental:    184

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

| | |
|---|---|
| VEHICLE: | 01489/195347024SIR TUCSON 2.5S |
| LICENSE: | MSRAY9657 |
| FUEL: | 100% OUT 100% IN |
| MILEAGE IN: 644 | TR-X MILES: |
| MILEAGE OUT: 551 | MILES ALLOWED: |
| MILES DRIVEN: 93 | MILES CHARGED: |
| CDP: | 2081421-OTHER GOVERNMENT |
| RENTED: | JACKSON-EVERS INTL AP |
| RENTAL: | 10/10/23 22:34 |
| RETURN: | 10/12/23 07:26 |
| RETURNED: | JACKSON-EVERS INTL AP |
| COMPLETED BY: | 3009/MSJAN11 |
| PLAN IN: USGPD | RATE CLASS: C |
| PLAN OUT: | USGPD |
| FF: | ZE1 |

www.Hertz.com



Hertz CAR SALES

Buying a Car Made Better

Did you know we sell our vehicles?    Learn More

```
        REAGAN
   NATIONAL AIRPORT
   RECEIPT      A210
   ENTRY TIME:
   10/10/23     18:08
   EXIT TIME:
   10/12/23     09:52
   PARK-DUR.: HRS:MIN
                1:15:44
   AMOUNT:
                $ 58.00
   KIND OF PAYMENT:
   MASTERCARD
```

**RECEIPT NOT FOR EXIT**

```
              Welcome to QuikTrip

              QuikTrip #07248
             6010 I-55 Frontage Rd N
                  Jackson, MS
                 (769) 209-6941

7:40:37 PM                        10-11-2023
              Register #0001

Gas Sale:                             $13.26
   Grade:    UNLEADED
   Pump:     16
   Gallons:  4.704
   PPU:      2.819/Gal


Sub-Total:                            $13.26
Tax:                                    $.00
Total:                              $13.26


Payment Methods
------------------------------------------------
MasterCard Sale                       $13.26
APP: Mastercard
Mode: Issuer
AID: A0000000041010
TVR: 0000008001 TSI: E800
IAD: 0110A040002A00000000000000000000000FF

Signature not required
       ***********
   Auth Code: 049139
   Entry Mode: Contactless
------------------------------------------------


                    Thank You
                    Come Again
```