IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff*, <br><br> v. <br><br> **SSM PROPERTIES, LLC;** <br> **STEPHEN MAULDING, SR.;** <br> **SHEILA MAULDING; and** <br> **JAMES ROE**, <br><br> *Defendants*. | Cause No. 3:20-CV-729-CWR-LGI |

## ORDER

On this day, this Court held a renewed civil contempt hearing regarding defendant James Roe. Counsel for the United States appeared in person and via videoconference. Mr. Roe appeared in person pursuant to the Bench Warrant. Docket No. 155.

The Court now orders Mr. Roe to regularly tell the Clerk of Court his address, and any new address he may have, until he has satisfied his fine in this case. The Clerk's Office is located on the 2nd floor of the U.S. Courthouse at 501 East Court Street, Jackson, Mississippi.

The Court also directs the U.S. Marshals Service to release Mr. Roe from its custody.

A copy of this Order, and a copy of the pending motion for attorney's fees, Docket Nos. 156-157, shall be hand delivered to Mr. Roe this day. Mr. Roe must deliver his response to the pending motion to the Clerk's Office by November 30, 2023.

**SO ORDERED**, this the 27th day of October, 2023.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE