IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| ARIENNE JONES, DERIC JONES, HERSCHEL WILLIAMS, and TANSHENETTA ROBISKIE, | |
| | PLAINTIFF-INTERVENORS |
| v. | CIVIL ACTION NO.: 3:20-cv-00729-CWR-LGI |
| SSM PROPERTIES, LLC, STEPHEN MAULDING, SR., JAMES ROE, and SHEILA MAULDING, | DEFENDANTS |

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Please take notice that the undersigned hereby enters his appearance for the United States of America:

**CLAY B. BALDWIN,** Assistant United States Attorney
501 East Court Street, Suite 4.430, Jackson, Mississippi  39201
Clay.Baldwin@usdoj.gov
Telephone No.: (601) 965-4480
Facsimile No.:  (601) 965-4035
Mississippi Bar No.: 103478

Service of all pleadings, papers, and documents required to be served in this action on the United States of America should also be served on the above-named appearing counsel.

January 18, 2024            Respectfully submitted,

TODD W. GEE
United States Attorney

By:    *s/ Clay B. Baldwin*
CLAY B. BALDWIN (MSB 103478)
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone:  (601) 965-4480
Email:  clay.baldwin@usdoj.gov

## CERTIFICATE OF SERVICE

I, Clay B. Baldwin, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing document was filed electronically (and thus is available for viewing and downloading from the ECF system) and served upon the following, via First Class mail, postage prepaid, the following:

    JAMES ROE
    REDACTED
    Jackson, MS

                                        *s/ Clay B. Baldwin*
                                        CLAY B. BALDWIN (MSB 103478)
                                        Assistant United States Attorney