IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

ARIENNE JONES, DERIC JONES,
HERSCHEL WILLIAMS, and
TANSHENETTA ROBISKIE,

                                                              PLAINTIFF-INTERVENORS

v.                                             CIVIL ACTION NO.: 3:20-cv-00729-CWR-LGI

SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,
JAMES ROE, and SHEILA MAULDING,                                     DEFENDANTS

<u>**NOTICE OF APPEARANCE**</u>

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

        Please take notice that the undersigned hereby enters his appearance for the United

States of America:

> **CLAY B. BALDWIN,** Assistant United States Attorney
> 501 East Court Street, Suite 4.430, Jackson, Mississippi  39201
> Clay.Baldwin@usdoj.gov
> Telephone No.: (601) 965-4480
> Facsimile No.: (601) 965-4035
> Mississippi Bar No.: 103478

        Service of all pleadings, papers, and documents required to be served in this action on the

United States of America should also be served on the above-named appearing counsel.

January 18, 2024                        Respectfully submitted,

                                        TODD W. GEE
                                        United States Attorney

                        By:     *s/ Clay B. Baldwin*
                                CLAY B. BALDWIN (MSB 103478)
                                Assistant United States Attorney
                                501 East Court Street, Suite 4.430
                                Jackson, MS 39201
                                Telephone:  (601) 965-4480
                                Email:  clay.baldwin@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I, Clay B. Baldwin, Assistant United States Attorney, do hereby certify that a true and correct copy of the above and foregoing document was filed electronically (and thus is available for viewing and downloading from the ECF system) and served upon the following, via First Class mail, postage prepaid, the following:

JAMES ROE
REDACTED
Jackson, MS

*s/ Clay B. Baldwin*
CLAY B. BALDWIN (MSB 103478)
Assistant United States Attorney