IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA                                                                   PLAINTIFF

ARIENNE JONES, DERIC JONES,
HERSCHEL WILLIAMS, and
TANSHENETTA ROBISKIE,

                                                                                                  PLAINTIFF-INTERVENORS

v.                                                                             CIVIL ACTION NO.: 3:20-cv-00729-CWR-LGI

SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,
JAMES ROE, and SHEILA MAULDING,                                                    DEFENDANTS

## **DECLARATION**

      1.      I am employed as a Legal Administrative Specialist in the Financial Litigation Program of the United States Attorney's Office for the Southern District of Mississippi.

      2.      In this capacity I have access to files maintained by the Financial Litigation Program of the United States Attorney's Office.

      3.      On November 1, 2022, the United States District Court for the Southern District of Mississippi entered a consent decree against Defendant James Roe, ordering him to pay civil penalties in the sum of $3,000.00.

      4.      Defendant James Roe resides within the jurisdiction of this Court.

      5.      Defendant James Roe has made no payments toward the court-imposed monetary obligation.

      6.      As of January 18, 2023, $3,000.00 remains outstanding in civil monetary penalties.

      7.      The consent decree has not been satisfied, vacated, reversed, or barred by the statute of limitations and is one on which execution may properly issue.

      8.      The civil monetary penalty remains unpaid.

Pursuant to 28 U.S.C. §1746, I declare, under penalty of perjury, that the foregoing statements are true and accurate to the best of my knowledge and belief.

DATED: January 18, 2024                                        *s/ Cambria Abdeen*
                                                                                   CAMBRIA ABDEEN
                                                                                   Legal Administrative Specialist
                                                                                   Financial Litigation Program
                                                                                   Office of the United States Attorney
                                                                                   Southern District of Mississippi
                                                                                   Jackson, Mississippi