

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| ARIENNE JONES, DERIC JONES, HERSCHEL WILLIAMS, and TANSHENETTA ROBISKIE, | |
| | PLAINTIFF-INTERVENORS |
| v. | CIVIL ACTION NO.: 3:20-cv-00729-CWR-LGI |
| SSM PROPERTIES, LLC, STEPHEN MAULDING, SR., JAMES ROE, and SHEILA MAULDING, | DEFENDANTS |

### ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

THIS CAUSE is before the Court on a Motion [161] filed by the United States of America for an order requiring Defendant James Roe to appear and testify at a judgment debtor examination, and the Court being sufficiently advised finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant James Roe appear before Magistrate Judge Lakeysha Greer Isaac at the Thad Cochran United States Courthouse, 501 East Court Street, Jackson, Mississippi, 39201, Courtroom No. 6D at 9:30 a.m. on Friday, February 9, 2024, to answer questions concerning his assets and the extent of his ability to repay the civil debt owed to the United States.

IT IS FURTHER ORDERED that Defendant James Roe shall bring the following:

1.   Copies of personal and/or joint (as applicable) income tax returns for the past three (3) years capturing all income of the judgment debtor and the non-debtor spouse.

2.   Copies of all personal and business bank statements for the last six months, including savings accounts or money market statements, where the judgment debtor or the non-debtor spouse is a signatory to the account.

3. Copies of any brokerage account statements for the last six months, including but not limited to all profit-sharing and pension plans, IRA plans, 401(k) plans, 403(b) plans, and 457(b) plans in which the judgment debtor or the non-debtor spouse has an interest.

4. Copies of at least two (2) utility bills, (e.g. electric, gas, water) paid in the last month in the name of Defendant or the non-defendant spouse, showing the residence address of the Defendant.

5. Copy of title or deed to personal residence if owned by Defendant or any member of Defendant's family or copies of rental receipts for the last six months if Defendant or a family member is leasing Defendant's residence.

6. Copy of title, registration, or license of any vehicle owned or leased by Defendant or Defendant's spouse, or by a business to which either holds an interest.

7. Copies of titles, deeds, registration, payment plans, contracts, or agreements to any other real or personal property owned or leased by Defendant or Defendant's spouse.

8. A listing of all other personal property, tangible and intangible, owned by the judgment debtor or the non-debtor spouse valued at $2,500 or greater, and an approximate value of such property, regardless of whether such personal property is titled or registered in any form.

9. Copies of pay statements or other documents related to the source and amounts of income, including salary, bonuses, self-employment income, winnings, retirement income, benefits, or other earnings, received by the judgment debtor or the non-debtor spouse in the last year prior to the examination.

Defendant James Roe is hereby advised that failure to appear at the time and location set forth above may result in a finding of contempt of this order and ultimately a bench warrant being issued for his arrest. A copy of this order, together with a copy of Plaintiff's Motion and declaration, shall be served upon Defendant by the U. S. Marshals Service as soon as practicable but not more than fourteen (14) days from the date of this order.

SO ORDERED this 18th day of January, 2024.

s/LaKeysha Greer Isaac
LAKEYSHA GREER ISAAC
UNITED STATES MAGISTRATE JUDGE