

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:20-cv-00729-CWR-LGI

JAMES ROE

## OATH OF WITNESS FOR JUDGMENT DEBTOR EXAMINATION

I, James Roe, having been summoned to appear on this date before United States Magistrate Judge Michael T. Parker for a judgment debtor examination do solemnly swear or affirm on my oath that all testimony given at said examination will be the truth, the whole truth, and nothing but the truth, so help me God.

_____
JAMES ROE

SWORN to and subscribed before me, this the 9th day of February 2024.

_____
HONORABLE MICHAEL T. PARKER
UNITED STATES MAGISTRATE JUDGE