IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA,**

                          **PLAINTIFF**

**ARIENNE JONES, DERIC JONES,
HERSCHEL WILLIAMS, and
TANSHENETTA ROBISKIE,**

                          **PLAINTIFF-INTERVENORS**

**v.**              **CIVIL ACTION NO.: 3:20-cv-00729-CWR-LGI**

**SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,
JAMES ROE, and SHEILA MAULDING,**      **DEFENDANTS**

### STATUS REPORT ON DEFENDANT JAMES ROE'S COMPLIANCE WITH THE CONSENT DECREE

The United States respectfully submits the following Status Report with respect to Defendant James Roe's compliance with the Consent Decree in this case (ECF No. 145):

On February 9, 2024, as ordered by the Court (ECF No. 162), Mr. Roe appeared for a judgment debtor's exam at the United States Courthouse in Jackson, Mississippi. Mr. Roe's testimony during this examination indicated that he currently lacks sufficient income or assets to satisfy the $3,000 civil penalty. *See* Consent Decree ¶ 33. Mr. Roe testified that he would attempt to make partial payments towards this award as a sign of good faith.

Although Mr. Roe does not receive Social Security or other federal benefits, the United States Attorney's Office has enrolled Mr. Roe in the Treasury Offset Program, which will withhold a portion of any cash benefits Mr. Roe may receive in the future to satisfy the civil penalty. The United States Attorney's Office will also monitor Mr. Roe's employment status for the next two years and initiate a garnishment action should he obtain regular employment.

Dated: February 22, 2024

|  |  |
|---|---|
|  | Respectfully submitted, |
| TODD W. GEE<br>UNITED STATES ATTORNEY | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| MITZI DEASE PAIGE (MS Bar No. 6014)<br>Assistant United States Attorney<br>501 E. Court St., Suite 4.430<br>Jackson, MS 39201<br>Tel: (601) 973-2840<br>Fax: (601) 965-4409<br>mitzi.paige@usdoj.gov | s/ Max Lapertosa<br>CARRIE PAGNUCCO<br>Chief<br>MICHAEL S. MAURER<br>Deputy Chief<br>MAX LAPERTOSA<br>KATHERINE RAIMONDO<br>NATHAN SHULOCK<br>Attorneys<br>United States Department of Justice<br>Housing and Civil Enforcement Section<br>Civil Rights Division<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC  20530<br>Tel: (202) 598-9726<br>Fax: (202) 514-1116<br>Max.Lapertosa@usdoj.gov |

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record and I hereby certify that I have caused to be mailed by Fed Ex the document to the following defendant at the address listed below:

James Roe
1033 Northpointe Drive
Jackson, MS 39211

                                            s/ Max Lapertosa