UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>and )<br>)<br>ARIENNE JONES, DERIC JONES, )<br>HERSCHEL WILLIAMS, and )<br>TANSHENETTA VEALS, )<br>)<br>Plaintiff-Intervenor-Applicants, )<br>)<br>v. )<br>)<br>SSM PROPERTIES, LLC, )<br>STEVEN MAULDING, SR., JAMES ROE, and )<br>SHEILA MAULDING, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:20-cv-00729-CWR-LGI |

**ORDER**

Considering Plaintiff-Intervenors Arienne Jones, Deric Jones, Herschel Williams, and Tanshenetta Veals' *Ex Parte Motion to Withdraw Sarah Carthen Watson as Counsel of Record for Plaintiff,*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Sarah Carthen Watson is hereby withdrawn as counsel of record for Plaintiff.

SO ORDERED, this the _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE