# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| and ) | |
| ) | |
| ARIENNE JONES, DERIC JONES, ) | |
| HERSCHEL WILLIAMS, and ) | |
| TANSHENETTA VEALS, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff-Intervenor-Applicants, ) | 3:20-cv-00729-CWR-LGI |
| ) | |
| v. ) | |
| ) | |
| SSM PROPERTIES, LLC, ) | |
| STEVEN MAULDING, SR., JAMES ROE, and ) | |
| SHEILA MAULDING, ) | |
| ) | |
| Defendants. ) | |

## *EX PARTE* MOTION TO WITHDRAW SARAH CARTHEN WATSON AS COUNSEL OF RECORD FOR PLAINTIFF-INTERVENORS

Plaintiff-Intervenors Arienne Jones, Deric Jones, Herschel Williams, and Tanshenetta Veals, through undersigned counsel of record, hereby request leave of this Court to withdraw Sarah Carthen Watson as counsel in the above-captioned case. Sarah Carthen Watson has resigned from Louisiana Fair Housing Action Center. Max Lapertosa and Katherine Raimondo will remain counsel of record for Plaintiff-Intervenors.

WHEREFORE, Plaintiffs respectfully request that this Court grant the Motion to Withdraw Sarah Carthen Watson as Counsel Of Record.

Dated: April 10, 2024

Respectfully submitted:

*Sarah Watson*

Sarah Carthen Watson
Louisiana Bar No. 40098
LOUISIANA FAIR HOUSING ACTION CENTER, INC.
1340 Poydras Street, Suite 710
New Orleans, LA 70112
Tel: (504) 708-5291
Email: scarthenwatson@lafairhousing.org

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of April, 2024, I filed the foregoing Motion to Intervene through the CM/ECF filing system which caused it to be served electronically on all counsel of record and that I also served it by electronic mail and by U.S. Mail on:

James Roe
1255 East County Line Road, MS
Apt. D3
Jackson, MS 39211
jrio6807@gmail.com

and by electronic mail on:

Deric Jones
deric32@gmail.com

Tanshenetta Veals
TangieVeals@aol.com

Herschel Williams
herschw@gmail.com

Arienne Jones
ariennejones15@gmail.com