# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> and ) <br> ) <br> ARIENNE JONES, DERIC JONES, ) <br> HERSCHEL WILLIAMS, and ) <br> TANSHENETTA VEALS, ) <br> ) <br> Plaintiff-Intervenor-Applicants, ) <br> ) <br> v. ) <br> ) <br> SSM PROPERTIES, LLC, ) <br> STEVEN MAULDING, SR., JAMES ROE, and ) <br> SHEILA MAULDING, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> 3:20-cv-00729-CWR-LGI |

## ORDER

Considering Plaintiff-Intervenors Arienne Jones, Deric Jones, Herschel Williams, and Tanshenetta Veals' *Ex Parte Motion to Withdraw Sarah Carthen Watson as Counsel of Record for Plaintiff,*

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** Sarah Carthen Watson is hereby withdrawn as counsel of record for Plaintiff.

SO ORDERED, this the 10th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE