IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| and | |
| **ARIENNE JONES, DERIC JONES, HERSCHEL WILLIAMS, and TANSHENETTA VEALS** | **PLAINTIFF-INTERVENORS** |
| V. | CAUSE NO. 3:20-CV-729-CWR-LGI |
| **SSM PROPERTIES, LLC, STEVEN MAULDING, SR., JAMES ROE, and SHEILA MAULDING** | **DEFENDANTS** |

## ORDER

Before the Court is the United States' motion for attorney's fees. Docket No. 156. The United States seeks $2,400 in attorney's fees and $2,325.35 in travel costs, for a total of $4,725.35. *Id*.

Because the United States subsequently conducted a judgment debtor exam where it learned that Mr. Roe is presently insolvent, *see* Docket No. 165 at 1, and because "a party's complete inability, due to poverty or insolvency, to comply with an order to pay court-imposed monetary sanctions is a defense to a charge of civil contempt," *In re White-Robinson*, 777 F.3d 792, 798 (5th Cir. 2015) (cleaned up), the motion is denied without prejudice.

**SO ORDERED**, this the 14th day of June, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE