**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA,**

                                          **PLAINTIFF**

**ARIENNE JONES, DERIC JONES,
HERSCHEL WILLIAMS, and
TANSHENETTA VEALS,**

                            **PLAINTIFF-INTERVENORS**

**v.**                                                **CIVIL ACTION NO.:  3:20-cv-00729-CWR-LGI**

**SSM PROPERTIES, LLC, STEPHEN MAULDING, SR.,
JAMES ROE, and SHEILA MAULDING,**                          **DEFENDANTS**

**UNITED STATES' UNOPPOSED MOTION TO TERMINATE
CONSENT DECREE AND DISMISS WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 60(b) and 41(a)(2), the United States respectfully moves to terminate the Consent Decree entered by the Court on November 1, 2022. The Decree is set to expire by its own terms on November 1, 2025.  Consent Decree ¶ 38.  As grounds for this Motion, the United States avers that Defendants SSM Properties, Stephen Maulding, Sr., and Sheila Maulding ("Maulding Defendants") have substantially complied with the injunctive terms of the Decree, have timely paid all monetary relief required under the Decree, and have sold the rental properties that were the subject of this action in an arm's-length transaction.  *See* Consent Decree ¶ 27.  With respect to Defendant James Roe, as indicated in the United States' February 22, 2024 Status Report (ECF No. 165), the United States has taken all feasible steps to ensure his compliance and does not believe that further action before the Court would be fruitful.

The United States has conferred with counsel for Plaintiff-Intervenors and the Maulding Defendants, who do not oppose this Motion.

WHEREFORE, the United States respectfully requests that this Motion be granted and

that the above case be dismissed with prejudice.

Dated:  May 15, 2025

PATRICK LEMON                                      HARMEET K. DHILLON
ACTING UNITED STATES ATTORNEY     Assistant Attorney General

                                                             MICHAEL E. GATES
                                                             Deputy Assistant Attorney General

                                                             s/ Max Lapertosa
MITZI DEASE PAIGE (MS Bar No. 6014)       CARRIE PAGNUCCO
Assistant United States Attorney                  Chief
501 E. Court St., Suite 4.430                       MICHAEL S. MAURER
Jackson, MS 39201                                   Deputy Chief
Tel: (601) 973-2840                                  MAX LAPERTOSA
Fax: (601) 965-4409                                 KATHERINE RAIMONDO
mitzi.paige@usdoj.gov                            Trial Attorneys
                                                             United States Department of Justice
                                                             Housing and Civil Enforcement Section
                                                             Civil Rights Division
                                                             950 Pennsylvania Ave. NW – 4CON
                                                             Washington, DC  20530
                                                             Tel: (202) 598-9726
                                                             Fax: (202) 514-1116
                                                             Max.Lapertosa@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2025, I electronically filed the foregoing with the Clerk

of the Court using the ECF system, which sent notification of such filing to all counsel of record,

and I hereby certify that I have caused to be mailed by Fed Ex the document to the following

defendant at his last-known address listed below:

James Roe
1033 Northpointe Drive
Jackson, MS  39211


s/ Max Lapertosa