IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>*Plaintiff*,<br><br>**ARIENNE JONES, DERIC JONES, HERSCHEL WILLIAMS, and TANSHENETTA VEALS**,<br><br>*Plaintiff-Intervenors*,<br><br>v.<br><br>**SSM PROPERTIES, LLC, STEPHEN MAULDING, SR., JAMES ROE, and SHEILA MAULDING**,<br><br>*Defendants*. | CAUSE NO. 3:20-CV-729-CWR-LGI |

## ORDER

Before the Court is the United States' unopposed motion to terminate the consent decree entered by this Court on November 1, 2022. Docket No. 170. The Government maintains that Defendants SSM Properties, Stephen Maulding, Sr., and Sheila Maulding "have substantially complied with the injunctive terms of the Decree, have timely paid all monetary relief required under the Decree, and have sold the rental properties that were the subject of this action in an arm's-length transaction." *Id.* at 1. As for Defendant James Roe, the Government maintains that it "has taken all feasible steps to ensure his compliance and does not believe that further action before the Court would be fruitful." *Id.*

Finding good cause, the Court grants the motion. Accordingly, this case is dismissed with prejudice and closed on the Court's docket.

**SO ORDERED**, this the 20th day of May, 2025.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE